AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

JAMES W. SULLIVAN
7 Pilgrim Heights
Beverly, MA 01915

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR04-10183 MLW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court | #24, 7th Floor |
| John Joseph Moakley Courthouse, 1 Courthouse Way | Date and Time |
| Boston, Massachusetts 02210 Before: The Hon. Joyce London Alexander | 7/14/04, 10:30 AM |

To answer a(n)

Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title  18   United States Code, Section(s)  1341

Brief description of offense:

See information.

NOTE: PLEASE REPORT TO THE UNITED STATES PRETRIAL SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 8:30 AM TO BE INTERVIEWED BY A PROBATION SERVICES OFFICER PRIOR TO YOUR 10:30 AM APPEARANCE BEFORE THE COURT.

_Rex Brown_
Name and Title of Issuing Officer

Rex Brown, Courtroom Clerk
Signature of Issuing Officer

7/9/04
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.