UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

UNITED STATES OF AMERICA )
)
)
)
v. )
)
JAMES W. SULLIVAN )
)
)

## MOTION TO CONTINUE ARRAIGNMENT

The Defendant, James W. Sullivan, moves that his arraignment currently scheduled for July 14, 2004 be continued until July 20, 2004. Currently, counsel for Mr. Sullivan is on trial before Judge Woodlock in the U.S.A. v. McKenzie case.

The Government assents to this motion.

Respectfully Submitted,

JAMES W. SULLIVAN

By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
617.342.6800
Facsimile: 617.342.6899

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on _____

Dated: July 12, 2004

{K0284545.1}