AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

USA
v
James W Sullivan

APPEARANCE CR04-10183

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  the Defendant, James Sullivan

I certify that I am admitted to practice in this court.

7-20-04
Date

Signature: Stephen R. Delinsky

Print Name: Stephen R. Delinsky    Bar Number: 119120

Address: Eckert Seamans Cherin & Mellott
One International Place

City: Boston,   State: MA   Zip Code: 02110

Phone Number: 617-342-6895    Fax Number: 617-342-6899