UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10183-MLW** |
| V. | |
| **JAMES SULLIVAN** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 Hearing on **OCTOBER 7, 2004** at 2:30 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**September 29, 2004**       By:   /s/ Dennis O'Leary
    Date                              Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                         [ntchrgcnf.]
                                                 [kntchrgcnf.]