UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CR04-10183___

United States of America _____          James Sullivan _____
         PLAINTIFF                                                      DEFENDANT

Carmen Ortiz _____          Timothy Watkins _____

_____          _____

_____          _____

       COUNSEL FOR PLAINTIFF                      COUNSEL FOR DEFENDANT

JUDGE__Wolf_____     CLERK__O'Leary_____        REPORTER__Twomey__

CLERK'S NOTES

| DATES: | Rule 11 Hearing Held. |
|--------|----------------------|
| 10/07/04 | Defendant reserves any rights that may arise as a result of any decision by the Supreme Court in Blakely. |
| | Defendant takes the stand and is sworn.  Waiver of indictment colloquy given.  Signed waiver of indictment |
| | filed in court.  Court accepts defendant's waiver of indictment.  Plea colloquy given.  Defendant waives the |
| | reading of the information.  Plea agreement marked as Exhibit 1 of today's date.  Government summarizes |
| | the evidence it would have presented had the case gone to trial.  Defendant pleads guilty to three count |
| | information.  Court accepts the defendant's plea and orders the clerk to enter the same.  Sentencing |
| | scheduled for January 11, 2005 at 3:00 PM.  Scheduling order to issue.  Court continues the defendant's |
| | release on the same conditions. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |