

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 16, 2004

Stephen R. Delinsky, Esq.
Eckert Seamans C&M, LLC
1 International Place
Boston, MA 02110

C.R. 04-10183-MLW

Re: <u>United States v. James W. Sullivan</u>

Dear Attorney Delinsky:

In response to your letter dated December 3, 2004, requesting certain discovery for sentencing, I am providing you with the documents noted below that are in the government's possession at this time. Thus far, I only have certain copies of invoices and requisitions for payment. I have asked M/A-COM to search their records to determine if additional documents that you requested are available. Although Mr. Sullivan claims that there are work products that he submitted when he was posing as other individuals, I am not aware of any. I do plan to meet with company executives on December 22, 2004 and will let you know as soon as possible regarding the availability of additional documents.

Enclosed are the following:

- Summary of questions and responses provided by James Sullivan to Kevin Kelleher and Jeffrey Howe of M/A-COM, on December 11, 2001;

- Memorandum of Interview of James Sullivan, dated June 17, 2002;

- Summary of checks issued by M/A-COM which were deposited at account held by James Sullivan Sovereign Bank (formerly Fleet Bank) during the course of the offense conduct;

- Copies of invoices and/or requisition for payment for the checks noted on the summary list, specifically Nos. 1 through 3, 7 through 11, 13, 16, 18 through 20; 26 through 28, and 30.

If you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By: _____
                              Carmen M. Ortiz
                              Assistant U.S. Attorney

cc: Martha C. Victoria
    Probation Officer (w/encl.)

    Dennis O'Leary
    Clerk to Judge Mark L. Wolf (w/o encl.)