UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) |
| JAMES W. SULLIVAN | ) ) ) |

## MOTION TO CONTINUE SENTENCING DATE

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves that the Court continue his sentencing from January 11, 2005 to a date at least thirty dates after the United States Supreme Court issues its opinions in United States v. Booker, 125 S.Ct. 11 (2004) and United States v. Fanfan, 125 S.Ct. 12 (2004). The Defendant submits the following reasons in support of his motion:

   1)   Until the constitutionality of the Sentencing Guidelines is determined, Mr. Sullivan and his counsel cannot properly prepare for sentencing because they do not know what rules and/or laws will govern the sentencing proceeding;

   2)   Without knowing the rulings of the United States Supreme Court, Mr. Sullivan and his counsel are unable to intelligently make submissions to the Court now scheduled to be made on December 28, 2004; and

   3)   Most importantly, counsel for Mr. Sullivan is unable to thoroughly advise his client and prepare for sentencing in this situation.

{K0284545.1}

For the reasons stated herein, the Defendant moves that the Court grant the requested relief.

          Respectfully Submitted,

          JAMES W. SULLIVAN
          By his attorneys,

          _____
          Stephen R. Delinsky (BBO# 119120)
          Andrew R. McConville (BBO# 632804)
          **ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
          One International Place, 18th Floor
          Boston, MA 02110
          Telephone: 617. 342.6800
          Facsimile: 617.342.6899

Dated: December 22, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by (hand) on 12-22-04.

{K0284545.1}