

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Stephen R. Delinsky
sdelinsky@eckertseamans.com
(617) 342-6825

December 22, 2004

**HAND DELIVERED**

Carmen M. Ortiz, Assistant United
  States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

RE:   U.S. v. James Sullivan
      CR. No. 4-10183-MLW.

Dear Ms. Ortiz:

I am writing in response to your letter of December 16, 2004. I appreciate the effort you made to produce the documents enclosed with your letter.

Nonetheless, request No. 2 in my discovery letter of December 3, 2004, has not been produced. M/A-COM has in its possession Mr. Sullivan's computer and on the computer are the work products of Mr. Sullivan. Consequently, I would request that you inquire of M/A-COM about obtaining the work products.

I thank you in advance for your anticipated cooperation in providing these documents to me as soon as possible in order for me to prepare appropriate sentencing materials.

Very truly yours,

Stephen R. Delinsky

SRD/ecd
cc:   Dennis O'Leary, Clerk to Judge Mark L. Wolf

PITTSBURGH, PA    HARRISBURG, PA    PHILADELPHIA, PA    BOSTON, MA    WASHINGTON, DC    WILMINGTON, DE
MORGANTOWN, WV    SOUTHPOINTE, PA    ALCOA CENTER, PA

{K0294286.1}