UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES W. SULLIVAN | ) |
| | ) |

**MOTION OF THE DEFENDANT, JAMES W. SULLIVAN,
FOR PERMISSION TO TRAVEL OUTSIDE OF THE UNITED STATES TO
PARTICIPATE IN AN EMERGENCY VOLUNTEER RELIEF MISSION IN SRI
LANKA AND REQUEST FOR ORAL ARGUMENT**

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves that the Court grant him permission to go to Sri Lanka for a period of ninety (90) days in order to provide emergency medical care in support of international relief operations currently underway in Sri Lanka resulting from the devastation caused by the Tsunami. The Defendant submits the following reasons in support of his motion:

1) Mr. Sullivan, in order to prepare for a new career as a result of his guilty plea, earned his state certification as an emergency medical technician (EMT) on December 28, 2004 from the Department of Public Health. (See Exhibit #1, a copy of Mr. Sullivan's EMT certificate, attached hereto). In order to receive his EMT certification, Mr. Sullivan completed an eight week, two hundred hour course at Northeastern University which consisted of comprehensive classroom and practical instruction and culminated in a written examination.

{K0295278.1}

2) As a result of his background and certification in emergency medicine, Mr. Sullivan was specifically contacted by the United Nations Volunteers to provide for a period of ninety days, medical assistance to those in Sri Lanka affected by the Tsunami. (See Exhibit #2, attached hereto). As evidenced by correspondence from the various relief organizations who have contacted him since he expressed an interest in providing volunteer service, individuals with Mr. Sullivan's unique training and experience in emergency medicine are desperately needed for this disaster relief effort. (See Exhibit #3, attached hereto). If allowed to participate in this operation, Mr. Sullivan will join a mobile team of volunteers who will use their specialized skills to provide crucial medical assistance to those impacted by the Tsunami and its after-effects.

3) Mr. Sullivan has a history of providing volunteer medical services. In addition to his training to become a licensed EMT, Mr. Sullivan has several years of experience volunteering in an Emergency Medical Services Unit at the North Shore Medical Center. He has devoted a total of three years of volunteer service in adult and pediatric emergency medical facilities, and spent three additional years volunteering in a geriatric care setting.

As an additional example of his willingness to assist in disaster relief operations, three days after the terrorist attacks on September 11, 2001, Mr. Sullivan drove to New York City, parked his car at a garage and walked to lower Manhattan in order to offer his volunteer services to assist the rescue workers at Ground Zero. From 5:00 a.m. on Saturday, September 15th until approximately 3:00 p.m. on Sunday, September 16th, Mr. Sullivan worked at a volunteer-staffed aide station where he resupplied aide tables and "flushed out" soot and ash from the eyes, noses and mouths of firefighters and other

emergency personnel engaged in rescue and recovery efforts. Because he was scheduled to work the next day, Mr. Sullivan took a brief nap in his car after being relieved at the aide station and then drove back to his home in Massachusetts.

4)   Mr. Sullivan has notified Volunteer International that he will travel to Sri Lanka to assist in the Tsunami relief and recovery effort pending the Court's decision on this motion. His wife, Shelly Waldman, has agreed to pay for his airfare, lodging, inoculations, food and any other expenses he may incur during this volunteer operation. If the Court allows his motion, Mr. Sullivan will finalize his travel and lodging arrangements with the coordinators from Volunteer International and immediately prepare to depart for Sri Lanka.

5)   During the pendency of this case, Mr. Sullivan has been in full compliance with the conditions of his pre-trial release, and by filing this motion he waives all of his rights to a speedy sentencing.

For the reasons stated herein, the Defendant moves that the Court grant this motion by ordering the Probation Department to return Mr. Sullivan's passport and grant him permission to travel to Sri Lanka to provide medical assistance to the victims of the Tsunami for a period of ninety days.

## REQUEST FOR ORAL ARGUMENT

Previously to filing this motion, the government stated that it opposed the motion. Since the motion is opposed, we request a hearing pursuant to Local Rule 7.1(D) to assist this Court in resolving this motion.

Respectfully Submitted,

JAMES W. SULLIVAN

By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
617. 342.6800
Facsimile: 617.342.6899

Dated: January 19, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail (hand) on _____ Jan. 19, 2005.

_____