UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES W. SULLIVAN | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew R. McConville from the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as attorney for the Defendant, James W. Sullivan, in the above captioned matter.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

Stephen R. Delinsky  (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.  (617) 342-6899

DATED: January 19, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by mail (hand) on 1/19/05

{K0264366.1}