UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**
                                                    **NO. 04-10183-MLW**

**V.**

**JAMES SULLIVAN**
       **Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, ORIGINALLY SCHEDULED for **JANUARY 11, 2005** at **3:00 PM** has been RESCHEDULED to **MARCH 30, 2005, 2005** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by MARCH 16, 2005. Any responses shall be filed by MARCH 23, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                                    **TONY ANASTAS**
                                                    **CLERK OF COURT**

**February 17, 2005**                   **By:**    **/s/ Dennis O'Leary**
    Date                                            **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]