# ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Andrew R. McConville
amcconville@eckertseamans.com
(617) 342-6824

March 3, 2005

**HAND DELIVERED**

Carmen M. Ortiz, Assistant United
  States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

RE:  U.S. v. James Sullivan
     CR. No. 4-10183-MLW

Dear Ms. Ortiz:

In Mr. Delinsky's absence, I am writing in response to your letter dated March 2, 2005. We appreciate the effort you made to produce the documents enclosed with your letter. However, the request for documents set forth in request No. 2 of our discovery letter of December 3, 2004 and renewed in our letter dated December 22, 2004, as well as the Defendant's Motion for Exculpatory Documents filed on February 17, 2005, has not been produced. Specifically, we request all documents that reflect the work products that Mr. Sullivan submitted to M/A-COM, Inc. relating to the services he performed, partially or completely posing as the following individual or corporations alleged in the Information:

(1) Woodrow James;
(2) Executive Recruiters Group;
(3) Executive Group, Inc.;
(4) Applegate Executive Search Consultants, Inc.;
(5) Christian and Timbers, Inc.;
(6) CSC Corporation, Inc.; and
(7) Mail Box Direct National Advertising (MBNA).

I thank you in advance for your anticipated cooperation in providing these documents to us as soon as possible in order for us to prepare appropriate sentencing materials.

Very truly yours,

Andrew R. McConville

ARM/cac
cc:   Dennis O'Leary, Clerk to Judge Mark L. Wolf