UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES W. SULLIVAN | ) |

## SUPPLEMENTAL MOTION OF THE DEFENDANT, JAMES W. SULLIVAN, FOR EXCULPATORY DOCUMENTS

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves that the Court order the government to produce forthwith to the Defendant, all documents that reflect the work products that Mr. Sullivan submitted to M/A-COM Inc. relating to the services that he performed, partially or completely posing as the following individuals or corporations alleged in the Information: (1) Woodrow James; (2) Executive Recruiters Group; (3) Executive Group, Inc.; (4) Applegate Executive Search Consultants, Inc.; (5) Christian and Timbers, Inc.; (6) CSC Corporation, Inc.; and (7) Mail Box Direct National Advertising (MBNA). Mr. Sullivan submits that these documents are necessary to establish the value of the services he performed for M/A-COM, Inc. in order to reduce the amount of the loss.

In a letter dated March 2, 2005 and attached hereto as Exhibit 1, the government stated that in response to Mr. Sullivan's requests for additional discovery M/A-COM, Inc. was not able to find any information that indicated any work done by a "Dr. Carlos Reyes" or Economatrix. However, Mr. Sullivan's previous requests for discovery

{K0298452.1}

(attached hereto as Exhibit 2 and Exhibit 3) were not limited to documents that dealt only with "Dr. Carlos Reyes" or Economatrix. Rather, Mr. Sullivan specifically requested all documents relating to the services he performed posing as the individuals or corporations alleged in the Information. In addition to Dr. Carlos Reyes and Economatrix, the individuals and corporations alleged in the Information are Woodrow James, Executive Recruiters Group, Executive Group, Inc., Appplegate Executive Search Consultants, Inc., Christian and Timbers, Inc., CSC Corporation, Inc. and Mail Box Direct National Advertising. Attached hereto as Exhibit 4 is Mr. Sullivan's Discovery Letter dated March 3, 2005, requesting documents relating to these specific individuals or corporations alleged in the Information. Mr. Sullivan contends that these documents are exculpatory evidence because they will support a lesser sentence.

WHEREFORE, Mr. Sullivan requests that the Court grant the relief herein requested.

Respectfully Submitted,

JAMES W. SULLIVAN

By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
617. 342.6800
Facsimile: 617.342.6899

Dated: March 4, 2005

{K0298452.1}

2