UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )   CRIMINAL NO. 04-10183-MLW
JAMES W. SULLIVAN             )
        Defendant             )
                              )

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S
### SUPPLEMENTAL MOTION FOR EXCULPATORY EVIDENCE

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, hereby oppose James Sullivan's ("Sullivan") supplemental motion for exculpatory evidence on the basis that the documents and materials sought by the defendant are not exculpatory.  Sullivan continues to seek documents pertaining to alleged services that he provided to his former employer, M/A-COM, while pretending to be fictitious individuals and companies that he fabricated in order to perpetrate the fraud.  For reasons stated in the Government's Opposition to Defendant's Motion for Exculpatory Evidence filed on March 3, 2005, the government contests that the documents Sullivan seeks are indeed, "exculpatory" and that they will help to lessen the amount of loss in this case.  As stated in the government's first opposition, during the period of the offense conduct, Sullivan was a salaried employee, who occupied a management position, and who was well compensated for his work.  It is the government's position

1

(and the employer's) that any "work product" that may exist for alleged services provided by Sullivan while he was defrauding the company he worked for, were covered by the scope of his employment *or* completely outside the scope of his employment and not authorized by the company. Such evidence, if any exists, is not exculpatory and not relevant.

Nevertheless, the government did attempt to comply with Sullivan's request for certain documents that the government was able to obtain. However, continued efforts by the company to determine if any such documents exist within all the records that Sullivan had access to during the course of his employment, would be incredibly burdensome and costly.[1]

For the reasons noted above, and more significantly, in the Government's Opposition to Defendant's Motion for Exculpatory Evidence, the government urges this Court to deny defendant's motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  ____/s/_____
                              Carmen M. Ortiz
                              Assistant U.S. Attorney

Dated: March 10, 2005

---

[1] See letter from Tyco International, Inc.'s counsel, Arthur Hui, advising of their search for information requested by the defendant, the extreme difficulty of complying with the request, and the irrelevancy of the information as it pertains to the total amount stolen by Sullivan. (Attached to Government's Opposition to Defendant's Motion for Exculpatory Evidence, as Exhibit 1).