UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 23  P 4 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           Plaintiff,   )<br>                            )<br>v.                          )<br>                            )<br>JAMES W. SULLIVAN,          )<br>           Defendant.      )<br>                            ) | CRIMINAL NO. 04-10183-MLW |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Preliminary Order of Forfeiture in the above-captioned case pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 981 and 982. In support thereof, the United States sets forth the following:

   1.   On or about June 17, 2004, the United States Attorney for the District of Massachusetts filed a Three Count Information charging defendant James W. Sullivan, (the "Defendant" or "Sullivan"), with three Counts of Mail Fraud, in violation of 18 U.S.C. § 1341;

   2.   The Forfeiture Allegation of the Information sought the forfeiture, as a result of the offenses alleged in Counts One through Three, of any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense. Such property includes, but is not limited to:

      a.    $692,696.57, and

      b.    1402 S. Bricknell Bay Drive, Unit # 903, Miami, Florida 33131;

3. On or about October 7, 2004, the Defendant entered a plea of guilty to all Counts of the Information.

4. Further, and in accordance with the Information, if any of the Defendant Properties, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) have been transferred or sold to, or deposited with a third party; (c) have been placed beyond the jurisdiction of the Court; (d) have been substantially diminished in value; or (e) have been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 981 and 982.

5. By virtue of the Defendant's guilty plea and pursuant to 21 U.S.C. § 853(a), as incorporated by 18 U.S.C. §§ 981 and 982, and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Defendant Properties, or substitute assets, in a value up to the value of the Defendant Properties.

6. It is the intent of the United States, pursuant to 21 U.S.C. §853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property,

including but not limited to the following:

    1.    $522,202 from Fidelity Investments 401K account numbers MG000416 and MG00522T;

    b.    Residence at 7 Pilgrim Heights, Beverly, Massachusetts;

(collectively referred to as the "Defendant Properties").

    7.    Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the Defendant Properties, and will publish notice in a newspaper of general circulation of the Court's Order and of the United States' intent to dispose of the Defendant Properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. §§ 981 and 982.

WHEREFORE, the United States respectfully moves that this Court enter a Preliminary Order of Forfeiture against the Defendant Properties.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney,

                                    SHELBEY D. WRIGHT
                                    Assistant U.S. Attorney
                                    U. S. Attorney's Office
                                    United States Courthouse
                                    Suite 9200
                                    1 Courthouse Way
                                    Boston, MA 02210
                                    (617) 748-3100

Date: