UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                **CRIMINAL CASE**

                                                **NO. 04-10183-MLW**

       V.

**JAMES SULLIVAN**
           Defendant(s)


**NOTICE OF CANCELLATION**

**WOLF, D.J.**


    The **SENTENCING HEARING** previously scheduled for **MARCH 30, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.


                                                        SARA A. THORNTON
                                                        CLERK OF COURT


**March 30, 2005**                                  By:    /s/ Dennis O'Leary
       Date                                                        Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                       [ntchrgcnf.]
                                                                                      [kntchrgcnf.]