# ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

Stephen R. Delinsky
sdelinsky@eckertseamans.com
(617) 342.6825

April 5, 2005

**HAND DELIVERY**

Carmen M. Ortiz, Assistant United
  States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

RE:     U.S. v. James Sullivan

Dear Carmen:

I am writing this letter to formally request that you provide me the following document that is needed by Mr. Sullivan to prepare exculpatory evidence submissions to the Court regarding his sentencing. This request is being submitted pursuant to the Local Rules of Discovery.

1.      The Affidavit that Mr. Sullivan prepared and executed on or about June 17, 2002 at the request of the United States Postal Inspectors investigating the above referenced matter..

I thank you in advance for your anticipated cooperation in providing this document to me as soon as possible in order for me to prepare appropriate sentencing materials.

Very truly yours,

Stephen R. Delinsky

SRD/ecd

cc:     Dennis O'Leary, Clerk to
        Judge Mark L. Wolf