UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10183-MLW |
| JAMES W. SULLIVAN ) | |
| Defendant ) | |
| ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States of America hereby moves this Court to file under seal the Government's Opposition To Defendant's Motion For The Court To Review The Government's Refusal To Move For A Downward Departure Pursuant to U.S.S.G. §5K1.1. As grounds for this motion to seal, the government states that it is responding to defendant's motion which was filed under seal, and in the interest of caution, wants to respond in kind.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Carmen M. Ortiz
Assistant U.S. Attorney