UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )
                                )    CRIMINAL NO. 04-10183-MLW
JAMES W. SULLIVAN               )
          Defendant             )
                                )

### ASSENTED - TO MOTION TO CONTINUE SENTENCING HEARING

The United States of America, with the assent of the Defendant, hereby moves this Honorable Court to continue the date for the sentencing hearing from the presently scheduled date of May 11, 2005 at 1:00 PM to any of the following dates that is convenient for the Court: May 16, 17, 24, or 25, 2005.  In support of this Motion, the government states the following:

1.  Undersigned counsel is handling the prosecution of United States v. George Schussel, Criminal No. 03-10060-RCL, which was indicted on February 26, 2004, and is presently before Magistrate Judge Joyce London Alexander for pretrial proceedings.

2.  The Schussel case is currently engaged in pretrial proceedings involving several pretrial motions, including defense motions to suppress documentary and testimonial evidence on the assertion of attorney-client privilege, corporate privilege, joint defense agreements, and other claims.

3.  This morning, Undersigned counsel noted an Electronic Notice of Hearing On Motions in the Schussel case, which notice had been filed on April 13, 2005 at 5:41 PM, indicating that an evidentiary hearing on the motions to suppress have been scheduled

before Magistrate Judge Alexander for three (3) half-days, commencing on May 11, 2005 at 2:00 PM, and continuing through May 13, 2005. This evidentiary hearing has previously been continued and the court has indicated that no further continuances will be granted.

4. Later this morning, undersigned counsel received an Electronic Notice of Hearing, which had been filed today at 11:01 AM, indicating that the Sullivan sentencing hearing, which had been cancelled by the Court on March 30, 2005, was now rescheduled for May 11, 2005 at 1:00 PM.

5. Both undersigned counsel and defense counsel in the above-entitled case agree that the sentencing hearing will last longer than an hour, given that there are several issues in dispute that have been raised in sentencing memoranda. Furthermore, the government anticipates that the victim company will have a representative from out of state, and expects that the victim company will want to make an impact statement before this Court.

6. In light of the numerous issues presented for sentencing and the victim impact statement, it is in the interest of justice to reschedule the sentencing hearing for another date during which there will be more ample time to appropriately address all of the relevant issues raised by the partie

7. The government submits that given previous delays in the Schussel case, it is critically important that the Schussel evidentiary hearings go forward as scheduled because the case was

indicted in February 2004, and a trial date cannot be scheduled until these numerous evidentiary matters are resolved. The <u>Schussel</u> evidentiary hearing involves very complicated issues and potentially several witnesses, making it difficult and impractical for the government to handle both cases in one day, especially in light of the important issues to be addressed at the sentencing hearing in the <u>Sullivan</u> case.

For all of the foregoing reasons, the government respectfully requests that the sentencing date in this case be continued until any of the dates suggested above that is convenient for the Court. The undersigned attorney has contacted Stephen Delinsky, counsel for defendant Sullivan, and he assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/  Carmen M. Ortiz
CARMEN M. ORTIZ
Assistant U.S. Attorney

Date:  April 14, 2005