UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) ) |
| JAMES W. SULLIVAN | ) ) ) |

**MOTION TO CONTINUE SENTENCING DATE**

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves that the Court continue his sentencing from May 24, 2005 to a status conference on or about June 14, 2005 for the Court to review Mr. Sullivan's medical condition. Mr. Sullivan asserts the following reasons in support of the motion:

1) Mr. Sullivan recently discovered a large mass at the back of his mouth.

2) Preliminary tests conducted on Mr. Sullivan on May 17, 2005 at the Massachusetts Eye and Ear Infirmary have indicated his condition is a cancerous neoplasm. This fast growing mass has made it very difficult for Mr. Sullivan to open his mouth.

3) Mr. Sullivan's Doctor, Derrick Lin, M.D., has scheduled an emergency MRI procedure for tomorrow May 24, 2005.

4) Dr. Lin advised Mr. Sullivan's counsel on May 20, 2005 that he has reserved time at the beginning of June in surgery for a biopsy procedure.

{K0303501.1}

5)   Dr. Lin, who is an Otolaryngology surgeon at the Head and Neck and Oncology Clinic of the Massachusetts Eye and Ear Infirmary also told Mr. Sullivan's counsel that if Mr. Sullivan's cancer is what he currently believes it to be it would be essentially inoperable and Mr. Sullivan would have to undergo three months of intensive radiation and chemotherapy.

For the foregoing reasons, Mr. Sullivan requests this Court to continue the sentencing date to a status conference on or about June 14, 2005 to receive a report on his medical condition.

                                                Respectfully Submitted,

                                                JAMES W. SULLIVAN
                                                By his attorneys,

*[signature]*

Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800
Facsimile: 617.342.6899

Dated: May 23, 2005

{K0303501.1}