UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

UNITED STATES OF AMERICA )
)
)
)
v. )
)
JAMES W. SULLIVAN )
)

## STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST FOR AN ADDITIONAL STATUS REPORT TO BE FILED BY JULY 12, 2005

Attached hereto is a letter from Derrick T. Lin, M.D. ("Dr. Lin") to the Court, dated June 10, 2005 describing the Defendant, James W. Sullivan's ("Mr. Sullivan"), current serious medical condition along with Dr. Lin's Curriculum Vitea printed out from the Massachusetts Eye and Ear Infirmary's web-site.

Subsequent to Dr. Lin's letter, the undersigned has learned that an infection surrounding the oropharyngeal space lesion was the primary cause that Mr. Sullivan's biopsy could not be scheduled until its current date of June 20, 2005.

The biopsy will be a complex procedure because of the nature and location of the lesion that will require a substantial cut of tissue and be conducted in an operating room setting under full anesthesia with intubation. Also, Mr. Sullivan is scheduled on June 17, 2005 for a battery of preoperative tests at the hospital.

As a result of the statement in Dr. Lin's letter regarding the approximate period of four weeks he will need to make a conclusive diagnosis along with a plan and time table

{K0304811.1}

for treatment, Mr. Sullivan requests that the case be further continued to allow the undersigned to file and additional status report on Mr. Sullivan's medical condition by July 12, 2005.

                                                 Respectfully Submitted,

                                                 JAMES W. SULLIVAN
                                                 By his attorneys,

                                                 */s/ Stephen R. Delinsky*
                                                 Stephen R. Delinsky (BBO# 119120)
                                                 Andrew R. McConville (BBO# 632804)
                                                 **ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
                                                 One International Place, 18th Floor
                                                 Boston, MA  02110
                                                 Telephone: 617. 342.6800
                                                 Facsimile: 617.342.6899

Dated: June 14, 2005

{K0304811.1}

# HARVARD MEDICAL SCHOOL      MASSACHUSETTS EYE AND EAR INFIRMARY

**Otology:**

Joseph B. Nadol, Jr., M.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Richard L. Fabian, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
   Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Richard L. Fabian, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard L. Fabian, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.

Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.meei.harvard.edu




June 10, 2005

Honorable Mark Wolf
United States District Judge
Federal Courthouse
Boston, MA 02210

RE: U.S.A. Versus James W. Sullivan

Dear Judge Wolf:

I am writing this letter on behalf of Mr. James Sullivan. Mr. Sullivan is currently under my care for a right oropharyngeal space lesion, which a growth in the part of the pharynx that is below the soft palate and above the epiglottis, that is worrisome for a carcinoma. He presented to me with symptoms of difficulty swallowing as well as tremendous trismus (a spasms of the mastication muscles resulting from any abnormal conditions or diseases.) Given his findings on his MRI scan, I am very concerned that this represents a malignant process. He is scheduled for a biopsy of this area in an operating room setting in the next couple of weeks. At that point, we will have a definite diagnosis. However, my clinical suspicion is that, this most likely does represent a carcinomatous process and that he will need a protracted course of treatment to take care of this. The treatment may entail some form of chemotherapy and radiation therapy with or without surgical resection. Given this, his total treatment time will perhaps be as long as two to three months to offer him the best chance for cure. Within approximately four weeks I will be able to provide you a conclusive diagnosis along with a plan and time table for Mr. Sullivan's treatment.

Thank you for your attention to this matter. Please feel free to contact me if you have any further questions.

Sincerely yours,

*[signature]*

Derrick T. Lin, M.D.

DTL/MS



# Derrick T. Lin, MD

Instructor, Harvard Medical School

Specialty: Head and Neck Oncology/Microvascular Reconstruction/Cranial Base Surgery

**MEEI**

Tel: 617-573-3502
Office hours: M-F 9 a.m. - 4:30 p.m.

**Clinical Background**

Medical School
Mount Sinai School of Medicine

Residency
Massachusetts Eye and Ear Infirmary/Combined Harvard Residency Program in Otolaryngology-Head and Neck Surgery

Fellowships
Head and Neck Oncology Research Fellowship at Memorial Sloan-Kettering Cancer Center

Clinical Fellowship in Head and Neck Oncology/Cranial Base Surgery/Microvascular Reconstruction at Vanderbilt University Medical Center

Board Certification
Otolaryngology

**Clinical Interests**

Head and Neck Oncology/Cranial Base Surgery/Microvascular Reconstruction/Thyroid Surgery

**Current Research**

Chemoprevention in Head and Neck Cancer

**Publications**

A complete list of research publications can be seen at **www.pubmed.gov.** Type the physician's name at the top, where it says 'for' and his research publications will appear.