UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) |
| JAMES W. SULLIVAN | ) ) ) |

### SECOND STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST FOR AN ADDITIONAL STATUS REPORT TO BE FILED BY OCTOBER 12, 2005

Attached hereto is a letter from Derrick T. Lin, M.D. ("Dr. Lin") to the Court, dated June 30, 2005 confirming that the Defendant, James W. Sullivan ("Mr. Sullivan"), has a cancerous tumor on his right tonsil extended out to his carotid artery. Dr. Lin stated in his letter that Mr. Sullivan's chemotherapy and radiation therapy will last from two to three months.

From July 5, 2005 until July 10, 2005 Mr. Sullivan was an inpatient at the Medical Oncology Unit at the Massachusetts General Hospital. During this period, he was treated continuously around the clock with chemotherapy. Later this month Mr. Sullivan will return to the Medical Oncology Unit for another round of inpatient chemotherapy. Then depending on his progress Mr. Sullivan may have to be scheduled for a third round of inpatient chemotherapy. Subsequently, he will be scheduled for an extended period of daily outpatient treatments of both radiation and chemotherapy.

{K0306388.1}

As Dr. Lin recommended in his letter, "During the course of his treatment Mr. Sullivan should not be required to make any court appearances. Depending on how he is feeling afterwards, he may or may not be fit to be scheduled for court. I will therefore have to revisit his status at the end of his chemotherapy and radiation therapy to report as to how well he is doing."

Consequently, based upon the recommendation of his treating physician, Mr. Sullivan requests that the case be further continued for another three months to October 12, 2005 to allow him to complete his cancer treatment and for the undersigned to file an additional status report on Mr. Sullivan's medical condition.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800
Facsimile: 617.342.6899

Dated: July 12, 2005

{K0306388.1}

# HARVARD MEDICAL SCHOOL             MASSACHUSETTS EYE AND EAR INFIRMARY

 

**Otology:**

Joseph B. Nadol, Jr., M.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Richard L. Fabian, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
  Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Richard L. Fabian, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard L. Fabian, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.

Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.meei.harvard.edu

June 30, 2005

Honorable Mark Wolf
United States District Judge
Federal Courthouse
Boston, MA 02210

RE: U.S.A. versus James W. Sullivan

Dear Judge Wolf:

I have recently brought Mr. Sullivan to the operating room for direct laryngoscopy, esophagoscopy, and biopsy. He was found to have confirmatory results of squamous cell carcinoma of his right tonsillar extending out to his carotid artery. Given this, he was evaluated at our Multidisciplinary clinic at Massachusetts General Hospital at which point the recommendation of chemotherapy and radiation therapy was provided. He will therefore need to go through a course of chemotherapy and radiation therapy that will last anywhere from two to three months. During the course of this treatment Mr. Sullivan should not be required to make any court appearances. Depending on how he is feeling afterwards he may or may not be fit to be scheduled for court. I will therefore have to revisit his status at the end of his chemotherapy and radiation therapy to report as to how well he is doing.

Please feel free to contact me if you have any further questions.

Sincerely yours,

Derrick T. Lin, M.D.

DTL/MS            1047069.doc