UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v. )<br>)<br>JAMES W. SULLIVAN )<br>     Defendant )<br>) | CRIMINAL NO. 04-10183-MLW |

**GOVERNMENT'S ASSENT TO DEFENDANT'S
REQUEST FOR POSTPONEMENT OF SENTENCING**

    The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, hereby assents to James Sullivan's ("Sullivan") request to postpone the sentencing hearing to a date sometime after October 12, 2005.  Given the medical reasons asserted by Sullivan in requesting the continuance, the Government has no objection at this juncture.  The Government does request that at or around October 12, 2005, Sullivan provide a status report from his doctor, especially if any further postponement is sought.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/
    Carmen M. Ortiz
    Assistant U.S. Attorney

Dated: August 11, 2005