UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) ) |
| JAMES W. SULLIVAN | ) ) ) |

## THIRD STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN

The Defendant, James W. Sullivan's ("Mr. Sullivan") medical treatment is currently being supervised by Dr. John R. Clark, Director of Head and Neck Oncology at the Yawkey Cancer Center of the Massachusetts General Hospital. A written report from Dr. Clark for the Court was requested last week, but because of Dr. Clark's other commitments he has not yet had time to prepare it. It is anticipated that the undersigned will receive Dr. Clark's report soon and will promptly forward it to the Court with his recommendation concerning when Mr. Sullivan will be in the appropriate medical condition for his court appearance.

Notwithstanding, the absence of a written report from Dr. Clark the undersigned reports in the interim that Mr. Sullivan has completed three rounds of chemotherapy. On September 19, 2005 he began a five day a week regimen of radiation, coupled with at least a one day a week of chemotherapy. This treatment protocol will continue to

{K0311959.1}

approximately November 18, 2005. Mr. Sullivan is scheduled next week to have a feeding tube inserted in his body because he has great difficulty swallowing.

In the meantime, Mr. Sullivan requests that the Court not set a sentencing date until it receives Dr. Clark's report.

                Respectfully Submitted,

                JAMES W. SULLIVAN
                By his attorneys,

                _____
                Stephen R. Delinsky (BBO# 119120)
                Andrew R. McConville (BBO# 632804)
                **ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
                One International Place, 18th Floor
                Boston, MA  02110
                Telephone: 617. 342.6800
                Facsimile: 617.342.6899

Dated: October 12, 2005