UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) ) JAMES W. SULLIVAN ) ) ) | NO. CR04-10183-MLW |

## FOURTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST FOR A SENTENCING DATE AFTER FEBRUARY 15, 2006

Attached hereto is a letter to the Court dated October 14, 2005 from Dr. John R. Clark, the primary oncologist for Mr. Sullivan.

Dr. Clark feels that the earliest date Mr. Sullivan will be ready for Court will be February 1, 2006. In light of Mr. Sullivan's medical treatment and his unavailability to the undersigned, additional time will be required both to prepare Mr. Sullivan for sentencing and to obtain all relevant medical reports about his condition.

Therefore, Mr. Sullivan requests the Court set a sentencing date after February 15, 2006.

Respectfully Submitted,
JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
Andrew R. McConville (BBO# 632804)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800
DATED: October 18, 2005      Facsimile: 617.342.6899

{K0311959.1}



MASSACHUSETTS GENERAL HOSPITAL
CANCER CENTER℠


MASSACHUSETTS
GENERAL HOSPITAL


HARVARD
MEDICAL SCHOOL

October 14, 2005

**Re: U.S.A. vs. James W. Sullivan** (MGH 330-77-09: d.o.b. 8/12/48))

Honorable Mark Wolf
United States District Judge
Federal courthouse
Boston, MA 02210

Dear Judge Wolf:

At the request of Attorney Delinsky, I write this note to advise you of the medical condition of James W. Sullivan. I write as Mr. Sullivan's primary oncologist at Massachusetts General Hospital.

Mr. Sullivan was recently discovered to have locally advanced, stage IV, squamous cell cancer of the right tonsil. He has been managed to date with initial chemotherapy (9 weeks), and several weeks of concurrent chemotherapy and radiation (3 of 7 planned weeks completed).

Radiation therapy will soon create a disabling irritation of the mouth and throat which will result in the need for high doses of narcotics to control pain, the need for a gastrostomy tube for feedings to maintain weight, and near a complete loss of speech. These problems will be in addition to generalized weakness and a high risk for pneumonia owing to difficulty in managing oral secretions.

Remarkably, these acute toxicities of therapy will gradually resolve over 2-3 months once therapy is completed. At two months, about 80% of toxicities will have resolved. While weak, I find the feeding tube can usually be removed about that time. Speech becomes acceptable about then, but prolonged speech would still be a challenge for another month.

Recognizing Mr. Sullivan's need for prolonged court testimony, I would not expect him to be physically or emotionally capable of representing and defending himself personally or via his attorney until at least 3 months after the completion of this therapy. Given that therapy will be completed in early November, I suspect that the earliest acceptable time for prolonged legal testimony and questioning would be early February 2006.

You many contact me at any time should you have questions regarding this note, or should you wish for an update regarding Mr. Sullivan's condition.

Respectfully submitted,

*[signature]*

John R. Clark, MD
Medical Director Head and Neck Cancer Services
Massachusetts General Hospital

Page 2

32 Fruit Street
Boston, MA 02114
jrclark@partners.org
617-726-8748

cc:	Stephen R. Delinsky, Esq.
	Eckert Seamans Cherin & Mellott, LLC
	One International Place, 18th Flr.
	Boston, MA 02110
	(617) 342-6825