```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )   CRIMINAL NO. 04-10183-MLW
JAMES W. SULLIVAN           )
        Defendant           )
                            )
```

**GOVERNMENT'S ASSENT TO DEFENDANT'S
SUPPLEMENTAL REQUEST FOR POSTPONEMENT OF SENTENCING**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, hereby assents to defendant James Sullivan's ("Sullivan") request to postpone the sentencing hearing to a date sometime after February 1, 2006. Given the medical reasons asserted by Sullivan in requesting the continuance and supported by letter from his physician, Dr. John R. Clark, the Government has no objection at this juncture. The Government does request that at or around February 1, 2006, Sullivan provide a status report from his doctor, especially if any further postponement is sought.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:     /s/
                                Carmen M. Ortiz
                                Assistant U.S. Attorney

Dated: October 25, 2005

1