UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. CR04-10183-MLW |
| ) | |
| JAMES W. SULLIVAN ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF ANDREW R. McCONVILLE

Please withdraw the appearance of Andrew R. McConville as counsel for the Defendant, James W. Sullivan, in the above-captioned matter.

The appearance of Stephen R. Delinsky of the firm Eckert Seamans Cherin & Mellott, LLC remains on record for the Defendant, James W. Sullivan.

Respectfully submitted,

James W. Sullivan,
By his attorney,

*/s/ Andrew R. McConville*
Andrew R. McConville (BBO# 632804)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800

DATED: January 13, 2006

{K0317495.1}