UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES W. SULLIVAN | ) |

## FIFTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN

The Defendant, James W. Sullivan's ("Mr. Sullivan") medical treatment is currently being supervised by Dr. John R. Clark, Director of Head and Neck Oncology at the Yawkey Cancer Center of the Massachusetts General Hospital. A written report from Dr. Clark for the Court was requested last week, but because of Dr. Clark's other commitments he has not yet had time to prepare it. It is anticipated that the undersigned will receive Dr. Clark's report soon and will promptly forward it to the Court with his recommendation concerning when Mr. Sullivan will be in the appropriate medical condition for his court appearance.

Notwithstanding, the absence of a written report from Dr. Clark the undersigned reports in the interim that Mr. Sullivan has completed his chemotherapy and radiation treatments. Mr. Sullivan has lost over fifty pounds and has great difficulty in talking and swallowing. He is basically on a liquid diet. From January 13, 2006 until January 30,

{K0318629.1}

2006, Mr. Sullivan was an inpatient at Massachusetts General Hospital for treatment of a blood infection and a blood clot in his neck.

Currently, Mr. Sullivan is at home where nurses, twice a day, change his wound dressings and administer blood thinners. He is also receiving intravenous antibiotics. When Mr. Sullivan's medical condition sufficiently improves he will have a biopsy on a suspicious area in his neck.

In the meantime, Mr. Sullivan request that the Court take no action until he receives Dr. Clark's report and recommendations.

                    Respectfully Submitted,

                    JAMES W. SULLIVAN
                    By his attorneys,

                    Stephen R. Delinsky (BBO# 119120)
                    ECKERT SEAMANS, CHERIN & MELLOTT, LLC
                    One International Place, 18th Floor
                    Boston, MA 02110
                    Telephone: 617. 342.6800
                    Facsimile: 617.342.6899

Dated: February 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2-1-06

By: _____

{K0318629.1}