UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. CR04-10183-MLW |
| | ) | |
| JAMES W. SULLIVAN | ) | |
| | ) | |
| | ) | |

## SIXTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST TO FILE ANOTHER STATUS REPORT BY APRIL 8, 2006

Attached hereto is a letter to the Court dated February 8, 2006 from Dr. John R. Clark, the primary oncologist for Mr. Sullivan.

Dr. Clark feels the earliest acceptable date for Mr. Sullivan's hearing would be in late March or early April, 2006. Since Mr. Sullivan is in fragile health an additional Status Report about his medical condition should be filed before the court sets a sentencing date.

Therefore, Mr. Sullivan requests the Court to continue this case and to allow the undersigned to file another Status Report on the medical condition of James Sullivan on April 8, 2006.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2-13-06

By:_____

DATED: February 13, 2006

{K0319375.1}

# MASSACHUSETTS GENERAL HOSPITAL
## CANCER CENTER™

 **MASSACHUSETTS GENERAL HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

February 8, 2006

**Re: USA vs. James W. Sullivan (MGH 330-77-09; DOB: 8/12/48)**

Honorable Mark Wolf
United States District Judge
Federal Courthouse
Boston, MA  02210

Dear Judge Wolf:

At the request of Attorney Delinsky, I write to advise you of the medical condition of James W. Sullivan. I remain Mr. Sullivan's primary oncologist at Massachusetts General Hospital, and now provide a review of his current condition that updates my previous letter to you of October 14, 2005.

Mr. Sullivan completed all advised treatment for his locally advanced stage IV squamous cell cancer of the right tonsil region. As predicted, Mr. Sullivan completed therapy on schedule in mid-November. Unfortunately, his recovery from treatment has been markedly delayed by severe irritation of the linings of the mouth by radiation, and most recently, by a severe bacterial infection that evolved into frank sepsis and required hospitalization and prolonged intravenous antibiotics.

Mr. Sullivan was admitted to Massachusetts General Hospital from 1/13-30/06 for management of the latter infection. At present he is frail and weak having lost ~24 lbs with this infection. Mr. Sullivan's oral problems are slowing resolving, but he remains with copious thick oral secretions, and moderate difficulty swallowing his liquid diet. His speech is occasionally difficult to discern related to his oral problems.

All mentioned problems should improve with time. However, recognizing Mr. Sullivan's need for prolonged testimony, I would not expect him to be physically or emotionally capable of representing and defending himself personally o via his attorney for at least another 6-8 weeks. The earliest acceptable time would thus seem to be late March or early April.

You may contact me at any time should you have questions regarding this note, or should you wish for further updates regarding Mr. Sullivan' condition.

Respectfully submitted,

John R. Clark, MD
Director of the Head and Neck Cancer Service
Massachusetts General Hospital
100 Blossom Street, Cox Building, Room 640
Boston, MA 02114
jrclark@partners.org
617-726-8748