UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JAMES W. SULLIVAN )<br>)<br>_____ ) | CASE NO. CR04-10183-MLW |

### SEVENTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST FOR A SENTENCING DATE

Attached hereto is a letter dated April 5, 2006 from John R. Clark, M.D. about the current medical condition of Mr. Sullivan. Consistent with Dr. Clark's recommendations, Mr. Sullivan requests the Court to set a date for his sentencing during June, 2006.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
DATED: April 11, 2006    Telephone: 617. 342.6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 4-11-06.
By: _____

{K0323126.1}

# MASSACHUSETTS GENERAL HOSPITAL
## CANCER CENTER



*John R. Clark, M.D.*  
*jrclark@partners.org*

*Tel: 617-726-6316*  
*Fax: 617-724-3166*

Date:   April 5, 2006

Re:    James W. Sullivan  
       Case Number CRO4-10183-MLW

To whom it may concern:

I have been asked to update the court as to Mr. Sullivan's medical condition using my knowledge as his medical oncologist at Massachusetts General Hospital.

At this time Mr. Sullivan is considered disease free after treatment of his advanced stage oropharyngeal cancer. However, while potentially cured, he continues to experience significant, although slowly resolving fatigue related to recent chemotherapy and radiation therapy and consequent severe nutritional deficit. While a full recovery is expected, Mr. Sullivan is not there yet.

When recently informed that he faces, "weeks" to "a few months" of courtroom appearances in the immediate future, I became concerned regarding his mental and physical ability to actively engage in the legal process to the degree necessary. At this time I do not feel that Mr. Sullivan has recovered sufficient to participate adequately in his defense.

Mr. Sullivan is aware of the pace of his recovery, and he estimates with his attorney that he should be ready to needed appearances in early June. As a physician who has treated many patients for cancer for over 2 decades, I have seen fatigue of this degree last for 4-6 months after major surgery or cancer therapy. I do feel the fatigue is consistent with treatment recently completed.

Should you have questions regarding this note, please do not hesitate to contact me at any time.


Respectfully,

*[signature]*

John R. Clark, MD  
Medical Director of Head and Neck Oncology  
Massachusetts General Hospital  
jrclark@partners.org  
617-726-6316