UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) ) |
| v. | ) ) |
| JAMES W. SULLIVAN | ) ) ) |

**MOTION OF THE DEFENDANT, JAMES W. SULLIVAN,
TO CONTINUE THE SENTENCING DATE**

The Defendant, James W. Sullivan ("Mr. Sullivan") moves that the Court continue his sentencing hearing from June 14, 2006 to a status date on or before July 13, 2006 to allow his doctor to file a report on his medical condition. Mr. Sullivan submits the following explanation in support of the motion.

After Mr. Sullivan was diagnosed in 2005 with advanced, Stage IV, squamous cell cancer of the right tonsil, he was treated by nine weeks of chemotherapy and seven weeks of radiation. In addition, after numerous setbacks in Mr. Sullivan's recovery in late 2005 and early 2006, the undersigned, after consulting with his doctor, felt confident that he would be medically fit for a sentencing hearing in the late spring of 2006. This Court on April 14, 2006 after reviewing Mr. Sullivan's medical condition set the current sentencing date of June 14, 2006.

{K0326198.1}

Sadly, however, Mr. Sullivan's medical condition over the last few weeks has markedly deteriorated. Attached hereto is a report dated May 24, 2006 from Mr. Sullivan's surgeon, Derrick T. Lin, M.D. describing his symptoms. Currently, Mr. Sullivan has significantly increased pain and great difficulty in talking and being understood because of his dramatically increased trismus. He can only open his mouth wide enough to drink from a straw. The undersigned cannot understand him when he attempts to talk.

Dr. Lin believes Mr. Sullivan's symptoms indicate a return of his cancer. Consequently, he has been scheduled on June 8, 2006 for a direct laryngoscopy, esophagoscopy, and biopsy all under general anesthesia. If, as Dr. Lin suspects, his cancer has returned, Mr. Sullivan will require extensive surgery as more fully outlined in the attached letter.

The undersigned has also been informed even if the tests do not show a return of the cancer, Mr. Sullivan will still require more surgery to treat his severe trismus. Dr. Meredith August, a maxillofacial surgeon at the Massachusetts General Hospital will perform the surgery on his upper and lower jaws. Since Mr. Sullivan has recently received radiation treatment, he will need twenty days of hyperbaric oxygen therapy prior to surgery and at least ten days of hyperbaric therapy post surgery. Each treatment will last ninety minutes.

Clearly, Mr. Sullivan's current medical condition requires the earliest possible conclusive diagnosis and treatment.

For the reasons stated herein, Mr. Sullivan requests that his sentencing be continued and his counsel file a status report with the court by July 13, 2006 setting forth the final diagnosis and treatment.

> Respectfully Submitted,
>
> JAMES W. SULLIVAN
>
> By his attorneys,
>
> _____
> Stephen R. Delinsky (BBO# 119120)
> ECKERT SEAMANS, CHERIN & MELLOTT, LLC
> One International Place, 18th Floor
> Boston, Massachusetts 02110
> Telephone: 617.342.6800
> Facsimile: 617.342.6899

Dated: May 30, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 5-30-06
By: _____

{K0326198.1}

3

# HARVARD MEDICAL SCHOOL      MASSACHUSETTS EYE AND EAR INFIRMARY

**Otology:**

Joseph B. Nadol, Jr., M.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.
Jennifer L. Smullen, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Stacey T. Gray, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
  Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Donald G. Keamy, Jr., M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.
Adrian J. Priesol, M.D.




Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.meei.harvard.edu

May 24, 2006

Honorable Mark Wolf
United States Judge
Federal Courthouse
1 Courthouse Way
Boston, MA 02210.

RE:      James Sullivan

Dear honorable Mark Wolf:

Mr. James Sullivan is currently under my care for head and neck cancer. He underwent chemotherapy and radiation therapy, however his symptoms are continuing to progress at this point. His symptoms include difficulty with pain as well as increasing trismus, given this I am concerned that he has recurrent cancer in his oral cavity. I will schedule him in the near future for another direct laryngoscopy, esophagoscopy, and biopsy to look in to this area. I believe that at this point his symptoms do worry us for possible recurrent cancer.

If the biopsy shows cancer then he will need extensive surgery, which will include a mandibulectomy, oral cavity resection, neck dissection, and reconstructive surgery. His surgery will also require tracheotomy and a possible feeding tube at that time.

Please feel free to contact me if you have any further questions.

Sincerely yours,

Derrick T. Lin, M.D.