UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>JAMES W. SULLIVAN )<br>    Defendant )<br>) | CRIMINAL NO. 04-10183-MLW |

**GOVERNMENT'S RSPONSE TO DEFENDANT'S
REQUEST FOR A CONTINUANCE OF SENTENCING**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, have no objection to defendant James Sullivan's ("Sullivan") request to continue the sentencing hearing to a status date on or before July 13, 2006. Given the medical reasons asserted by Sullivan in requesting the continuance, which is supported by a letter from his physician, Dr. Derrick T. Lin, the Government has no objection at this juncture. The Government does request that if any further request for an extension is sought, that it be supported by a report from his doctor.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                By:    /s/
                        Carmen M. Ortiz
                        Assistant U.S. Attorney

Dated: June 2, 2006