UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) | CASE NO. CR04-10183-MLW |
| JAMES W. SULLIVAN | ) ) ) ) | |

### EIGHTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST TO FILE ANOTHER STATUS REPORT BY SEPTEMBER 18, 2006

Attached hereto is a letter to the Court from Dr. Derrick T. Lin, Mr. Sullivan's primary surgeon.

Dr. Lin still suspects that Mr. Sullivan's cancer has recurred, even though his recent biopsy was negative for carcinoma. Consequently, in order to treat Mr. Sullivan's worsening trismus and continuing significant weight loss he will be soon scheduled for surgery that will be performed by Dr. Meredith August, a maxillofacial surgeon at Massachusetts General Hospital. Hopefully, this surgery will allow Mr. Sullivan both to talk intelligibly and to eat solid foods. It will also show conclusively if his cancer has recurred. Prior to the surgery Mr. Sullivan will require several weeks of hyperbaric oxygen therapy that will be followed by at least ten days of post surgery hyperbaric therapy.

Mr. Sullivan's medial condition is very serious and, Mr. Sullivan requests the Court to continue this case to allow him to receive the treatment described herein. Mr.

{K0323126.1}

Sullivan further requests that the Court allow the undersigned to file another Status Report on his medical condition by September 18, 2006.

                                        Respectfully Submitted,

                                        JAMES W. SULLIVAN
                                        By his attorneys,

                                        _____
                                        Stephen R. Delinsky (BBO# 119120)
                                        **ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
                                        One International Place, 18th Floor
                                        Boston, MA  02110
DATED:  July 13, 2006               Telephone: 617. 342.6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on ___7-13-06___
By: _____

{K0323126.1}

# HARVARD MEDICAL SCHOOL  MASSACHUSETTS EYE AND EAR INFIRMARY

 

**Otology:**

Joseph B. Nadol, Jr., M.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.
Jennifer L. Smullen, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Stacey T. Gray, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
 Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Donald G. Keamy, Jr., M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.

Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.meei.harvard.edu

July 11, 2006

Judge Mark L. Wolf
District of Massachusetts
Boston, MA

RE:   James Sullivan

Dear Dr. Judge Wolf:

Mr. James Sullivan is currently under my care for stage-IV head and neck cancer. He continues to have treatment effects or possible persistent tumor causing him to have trismus leading to significant weight loss. He had a recent biopsy done in an operating room setting which was negative for carcinoma, however my suspicion is still high for possible recurrence. At this point he will go forward with condylectomy to be done by oral surgery to relieve his trismus. Please feel free to contact me if you have any further questions.

Sincerely yours,

Derrick T. Lin, M.D.

DTL/ms          10-00265083.doc