UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES W. SULLIVAN )<br>    Defendant )<br>) | CRIMINAL NO. 04-10183-MLW |

**GOVERNMENT'S RSPONSE TO DEFENDANT'S REQUEST FOR
A CONTINUANCE TO FILE ANOTHER STATUS REPORT**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, have no objection to defendant James Sullivan's ("Sullivan") request for a continuance in order to file another status report regarding his health, by September 18, 2006. Given the medical reasons asserted by Sullivan in requesting the continuance, which is supported by a letter from his physician, Dr. Derrick T. Lin, the Government has no objection at this juncture. The Government does request that if any further request for an extension is sought, that it be supported by a report from his doctor.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:    /s/
                          Carmen M. Ortiz
                          Assistant U.S. Attorney

Dated: August 2, 2006