UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                          )<br>)<br>JAMES W. SULLIVAN                )<br>)<br>_____) | CASE NO. CR04-10183-MLW |

### NINTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST TO FILE ANOTHER STATUS REPORT BY SEPTEMBER 27, 2006

The Defendant, James W. Sullivan's ("Mr. Sullivan") primary surgeon is Dr. Derrick T. Lin of the Massachusetts Eye and Ear Infirmary. A written report from Dr. Lin for the Court was requested last week, but Dr. Lin is at a medical conference in Canada. Dr. Lin will not be back until September 21, 2006. It is anticipated that the undersigned will receive Dr. Lin's report by September 27, 2006 and will promptly forward it to the Court.

Notwithstanding, the absence of a written report from Dr. Lin, the undersigned reports in the interim that Mr. Sullivan has completed this month his twenty pre-surgery hyperbaric oxygen treatments and his jaw surgery will occur shortly. Dr. Lin has also scheduled Mr. Sullivan for another MRI because he suspects his cancer has returned. Mr. Sullivan's weight is still significantly below normal and his inability to open his mouth persists.

{K0332457.1}

Mr. Sullivan requests that the Court continue the case until September 27, 2006 to allow Dr. Lin to submit a formal report to the Court.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110

DATED: September 18, 2006       Telephone: 617. 342.6800

{K0332457.1}