UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>JAMES W. SULLIVAN )<br>)<br>_____) | CASE NO. CR04-10183-MLW |

## TENTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST TO FILE ANOTHER STATUS REPORT BY NOVEMBER 14, 2006

Attached hereto is a letter dated September 26, 2006 from Dr. Derrick T. Lin, Mr. Sullivan's primary surgeon.

Dr. Lin is concerned that Mr. Sullivan's recent MRI scan shows a recurrence of his cancer and their plans to schedule another biopsy.

Also, Dr. Meredith August, a maxillofacial surgeon at Massachusetts General Hospital has scheduled Mr. Sullivan for surgery on October 5, 2006 to treat his severe trismus. The surgery, if successful, will allow Mr. Sullivan to open his jaw so that he can talk and eat solid foods. This surgery along with the biopsy will conclusively reveal if Mr. Sullivan's cancer has recurred.

After the surgery Mr. Sullivan will require at least ten days of post surgery hyperbaric treatment and further follow-up. The medical testing and surgery for Mr. Sullivan, as described herein, will allow the undersigned to either move for a new sentencing date or require a further continuance for more intensive cancer therapy.

{K0333083.1}

Mr. Sullivan requests he be allowed to complete the medical processes already underway and to obtain a conclusive final diagnosis and therefore moves that his case be continued to allow the undersigned to file another Status Report on his medical condition by November 14, 2006.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA  02110
Telephone: 617. 342.6800

DATED:  September 27, 2006

{K0333083.1}

# HARVARD MEDICAL SCHOOL  MASSACHUSETTS EYE AND EAR INFIRMARY

**Otology:**

Joseph B. Nadol, Jr., M.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.
Jennifer L. Smullen, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Stacey T. Gray, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
 Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Donald G. Keamy, Jr., M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.



Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.meei.harvard.edu

September 26, 2006

James Sullivan

To Whom It May Concern:

Mr. Sullivan is currently under my care for head and neck squamous cell carcinoma. His most recent MRI scan is concerned for possible recurrence in this area. I would like to most likely plan for another trip to the operating room for a scheduled biopsy. He will therefore at this point be continued on high surveillance for possible recurrence in this area.

Please feel free to contact me, if you have any further questions.

Sincerely yours,

Derrick T. Lin, M.D.

DTL/ms          06-01188492.doc