UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. CR04-10183-MLW |
| ) | |
| JAMES W. SULLIVAN    ) | |

## ELEVENTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN

Attached hereto is a letter dated November 21, 2006 from Dr. Derrick T. Lin, that was received on November 28, 2006.

Dr. Lin reports that Mr. Sullivan's jaw surgery and biopsy have been completed. In addition, Dr. Lin has orally stated to the undersigned that Mr. Sullivan is probably in the best medical condition he will ever attain. Notwithstanding, the seriousness of Mr. Sullivan's condition and the "aggressive surveillance follow-up" that is still required for the foreseeable future, Dr. Lin feels Mr. Sullivan will never be in better medical condition than he is now for his court appearance. Consequently, Mr. Sullivan requests his case be set for sentencing in the Winter of 2007.

The undersigned previously notified the Court's Courtroom Clerk that this Status

{K0337067.1}

Report would be filed late as a result of a death in his family and unavailability of Dr. Lin.

                                     Respectfully Submitted,

                                     JAMES W. SULLIVAN
                                     By his attorneys,

                                   Stephen R. Delinsky (BBO# 119120)
                                   **ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
                                   One International Place, 18th Floor
                                   Boston, MA  02110
DATED:  November 28, 2006         Telephone: 617. 342.6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on ___Nov. 28, 2006___
By: _____

{K0337067.1}

# HARVARD MEDICAL SCHOOL    MASSACHUSETTS EYE AND EAR INFIRMARY

**Otology:**

Joseph B. Nadol, Jr., M.D.
Ronald K. de Venecia, M.D., Ph.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.
Jennifer L. Smullen, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Stacey T. Gray, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
    Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Donald G. Keamy, Jr., M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.
Phillip C. Song, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.
Adrian J. Priesol, M.D.




Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.mcei.harvard.edu

November 21st, 2006

Re:    James Sullivan

To Whom It May Concern:

Mr. James Sullivan is currently under my care for oropharyngeal carcinoma. He has most recently undergone a coronoidectomy by Dr. Meredith August and a biopsy done of his oropharynx, which was found to be negative for carcinoma. Overall, he is doing relatively well. However, he is still at a high risk for possible recurrence and/or persistent disease. He will continue to require aggressive surveillance follow up at this point, which may include further MRI scanning, CT scanning, and possible biopsy under anesthesia.

Please feel free to call me if you have any further questions.

Sincerely yours,

Derrick T. Lin, MD
Department of Otology and Laryngology
Massachusetts Eye and Ear Infirmary
Assistant Professor, Harvard Medical School
243 Charles Street
Boston, MA 02467
(617) 573-3502