UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
         v.                  )
                             )     CRIMINAL NO. 04-10183-MLW
JAMES W. SULLIVAN            )
         Defendant           )
                             )

### GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST TO SCHEDULE SENTENCING HEARING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, have no objection to defendant James Sullivan's request that a sentencing hearing be scheduled in the Winter of 2007. The government submits that it will be on trial as of January 8, 2007 for approximately three weeks and suggests a date after January 29, 2007, except for February 10th or 12th of 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Carmen M. Ortiz
        Carmen M. Ortiz
        Assistant U.S. Attorney

Dated: December 6, 2006

1