UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                                                **CRIMINAL CASE**
                                                                                 **NO. 04-10183-MLW**

V.

**JAMES SULLIVAN**
         **Defendant(s)**

## NOTICE OF HEARING

**WOLF, D.J.**

1) **PLEASE TAKE NOTICE** that the above-titled case has been set for a **MOTION HEARING/PRETRIAL CONFERENCE** on **FEBRUARY 23, 2007** at 2:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by **FEBRUARY 9, 2007**. Any responses shall be filed by **FEBRUARY 16, 2007**.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**December 19, 2006**                    By:    **/s/ Dennis O'Leary**
**Date**                                                **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]