UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. CR04-10183-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES W. SULLIVAN | ) |
| | ) |

## ASSENTED TO MOTION OF THE DEFENDANT, JAMES W. SULLIVAN, TO CONTINUE THE SENTENCING DATE

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves that the Court continue his sentencing hearing from February 23, 2007 to a status date on or before March 20, 2007 to allow his doctor to file a report on his medical condition. Mr. Sullivan submits the following explanation in support of this motion.

As a result of the "aggressive surveillance follow-up" of Mr. Sullivan, as outlined in the letter from Dr. T. Lin dated November 21, 2006 that was previously filed with the Court, Mr. Sullivan was recently scheduled for another MRI. At the time of the MRI Mr. Sullivan's condition had not improved and Dr. Lin believed an MRI was required. The results of the MRI showed multiple spots indicative of a return of his cancer. Consequently, Dr. Lin ordered a new biopsy as soon as possible. The biopsy which will be conducted under general anesthesia is scheduled for February 22, 2007 at 1:00 p.m., the day before the sentencing. The findings of the biopsy will take approximately a week.

{K0303501.1}

The results of this biopsy and any follow-up treatment is not only very important to Mr. Sullivan, but also is critical importance to the Court in having all the medical information about Mr. Sullivan before sentencing. Consequently, Mr. Sullivan moves that his sentencing date be continued for a status report to be filed by March 20, 2007 about his medical condition.

The Government has assented to this motion.

                                                          Respectfully Submitted,

                                                          JAMES W. SULLIVAN
                                                          By his attorneys,

*/s/ Stephen R. Delinsky*
_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800
Facsimile: 617.342.6899

Dated: February 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2-8-07.

By: /s/ Stephen R. Delinsky

{K0303501.1}