UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                           )<br>)<br>JAMES W. SULLIVAN           )<br>)<br>_____) | CASE NO. CR04-10183-MLW |

### TWELFTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN AND REQUEST TO FILE ANOTHER STATUS REPORT BY MARCH 27, 2007

Attached hereto is a letter from Dr. Derrick T. Line dated March 7, 2007.

Dr. Lin reports that Mr. Sullivan's biopsy that was originally scheduled for February 22, 2007 had to be rescheduled to March 13, 2007 because of Mr. Sullivan's ill health. In addition, Dr. Lin confirmed that he feels Mr. Sullivan's cancer has recurred and stated the importance of the biopsy.

Usually biopsy results take about a week or more to be forwarded to the treating physician. Mr. Sullivan therefore requests that he be allowed to file with the Court another status report about his medical condition or before March 27, 2007.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 3-9-07
By: _____

DATED: March 9, 2007

{K0343363.1}

# HARVARD MEDICAL SCHOOL  MASSACHUSETTS EYE AND EAR INFIRMARY

**Otology:**

Joseph B. Nadol, Jr., M.D.
Ronald K. de Venecia, M.D., Ph.D.
Michael J. McKenna, M.D.
Saumil N. Merchant, M.D.
Steven D. Rauch, M.D.
Jennifer I. Smullen, M.D.

**Head and Neck Surgery:**

Daniel G. Deschler, M.D.
Derrick T. Lin, M.D.
Gregory W. Randolph, M.D.
James W. Rocco, M.D., Ph.D.

**Otolaryngology:**

Gregory W. Randolph, M.D.
Jean M. Bruch, D.M.D., M.D.
Nicolas Y. Busaba, M.D.
Richard E. Gliklich, M.D.
Stacey T. Gray, M.D.
Eric H. Holbrook, M.D.
John B. Lazor, M.D.
Robert H. Lofgren, M.D.
Salah D. Salman, M.D.

**Pediatric Otolaryngology:**

Roland D. Eavey, M.D.
    Pediatric Otology

Michael J. Cunningham, M.D.
Christopher J. Hartnick, M.D.
Donald G. Keamy, Jr., M.D.
Leila A. Mankarious, M.D.

**Laryngology:**

Ramon A. Franco, Jr., M.D.
Nicolas Y. Busaba, M.D.
Daniel G. Deschler, M.D.
Christopher J. Hartnick, M.D.
Gregory W. Randolph, M.D.
Phillip C. Song, M.D.

**Facial Plastic and Reconstructive Surgery:**

Mack L. Cheney, M.D.
Daniel G. Deschler, M.D.
Richard E. Gliklich, M.D.
Theresa A. Hadlock, M.D.
John B. Lazor, M.D.
Mark F. Rounds, M.D.

**Mohs/Dermatologic Surgery:**

Jessica L. Fewkes, M.D.

**Oto-Neurology:**

Richard F. Lewis, M.D.
Robert A. Levine, M.D.
Adrian J. Priesol, M.D.



Otolaryngology - Head and Neck Surgery
Massachusetts Eye and Ear Associates
243 Charles Street
Boston, Massachusetts 02114
(617) 523-7900
Fax: (617) 573-3914
http://www.meei.harvard.edu

March 7, 2007

To: Judge Wolf

RE: James Sullivan

Dear Judge Wolf,

Mr. Sullivan was schedule for a biopsy on February 22nd, 2007. Unfortunately, the biopsy had to be rescheduled to March 13th, 2007 because of his ill health. This biopsy is critical because of the most recent MRI showed multiple spots which indicative of Mr. Sullivan's recurrance cancer.

In addition, Mr. Sullivan's surgery that he had concerning his jaw still has not heal and depending of the biopsy results additional surgery will be required.

Once the biopsy results are obtained, I will notify the court through Attorney Delinksy's with the results.

If you have any question regarding this matter, please contact my office at 617-573-3502

Sincerely,

Derrick T. Lin, MD
Department of Otology and Laryngology
Massachusetts Eye and Ear Infirmary
Assistant Professor, Harvard Medical School
243 Charles Street
Boston, MA 02467
(617) 573-3502