UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                  )         CASE NO. CR04-10183-MLW<br>)<br>JAMES W. SULLIVAN                      )<br>)<br>_____) | |

### THIRTEENTH STATUS REPORT ON THE MEDICAL CONDITION OF JAMES W. SULLIVAN

Attached hereto is a letter dated March 26, 2007 from Dr. Derrick T. Lin, that was received on March 27, 2007.

Dr. Lin reports that Mr. Sullivan's biopsy results were negative, but he remains unconvinced that long term optimism is appropriate. Mr. Sullivan will be receiving soon further hyperbaric treatments for his jaw and he will have another MRI on May 14, 2007.

It appears that late Spring 2007, is an appropriate time period to reschedule the sentencing hearing.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

*[signature]*

Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
DATED: March 28, 2007        Telephone: 617. 342.6800

{K0344643.1}

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on  3-28-07
By: *[signature]*

# HARVARD MEDICAL SCHOOL ✻ MASSACHUSETTS EYE & EAR INFIRMARY
## DEPARTMENT OF OTOLARYNGOLOGY

243 Charles Street Boston, Massachusetts 02114 Tel. 617-523-7900

March 26, 2007

To: Judge Wolf

RE: James Sullivan

Dear Judge Wolf,

Mr. Sullivan had the biopsy on March 13th, 2007. The biopsy came back negative but remains unconvinced that long term optimism is appropriate.

At this point, I am going to send Mr. Sullivan for a trial error of HBO treatments which is called Hyperbaric at our facilities.

Once the treatments have been completed, I will notify the court through Attorney Delinksy's with the results.

His next follow up visit is on May 14th, 2007.

If you have any questions regarding this matter, please contact my office at 617-573-3502

Sincerely,

Derrick T. Lin, MD
Department of Otology and Laryngology
Massachusetts Eye and Ear Infirmary
Assistant Professor, Harvard Medical School
243 Charles Street
Boston, MA 02467
(617) 573-3502