UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES W. SULLIVAN )<br>    Defendant )<br>) | CRIMINAL NO. 04-10183-MLW |

<u>MOTION FOR SENTENCING HEARING</u>

    The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Carmen M. Ortiz, Assistant U.S. Attorney, move this Honorable Court to schedule a sentencing hearing for a date after May 18, 2007.  As grounds therefor, the government states that the defendant's most recent status report on his medical condition, filed March 28, 2007, indicates that late Spring 2007 would be an appropriate time period to reschedule the sentencing hearing.  Furthermore, on March 30, 2007, undersigned counsel spoke to the defendant's doctor, Dr. Derrick T. Lin, and Dr. Lin provided that after the defendant receives the hyper baric treatments to his jaw (which should be completed in April 2007), he saw no reason to continue to postpone the sentencing hearing.  The defendant's next follow up visit with Dr. Lin is on May 14, 2007.  Among certain information that Dr. Lin provided to the government, Dr. Lin stated that the defendant has done reasonably well, that he is at a healthy weight, and that the results of a number of biopsies over

the last 8 months have been negative for cancer.  As a result, the government requests that a sentencing hearing be scheduled for a date after May 18, 2007.

,
                                     Respectfully submitted

                                     MICHAEL J. SULLIVAN
                                     United States Attorney


                                By:/S/ Carmen M. Ortiz
                                   CARMEN M. ORTIZ
                                   Assistant U.S. Attorney

Date:  March 30, 2007

### CERTIFICATE OF SERVICE

    I, Carmen M. Ortiz, hereby certify that on March 30, 2007, I served a copy of the foregoing by electronic filing on counsel for the defendant.

                                     /s/ Carmen M. Ortiz
                                     Carmen M. Ortiz
                                     Assistant U.S. Attorney