UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. CR 04-10183-MLW |
| ) | |
| JAMES W. SULLIVAN ) | |

## MOTION OF THE DEFENDANT, JAMES W. SULLIVAN, TO CONTINUE THE SENTENCING DATE TO JUNE 22, 2007 TO ALLOW HIS PHYSICIAN TO TESTIFY

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves the Court to continue his sentencing hearing date from June 4, 2007 to the afternoon of June 22, 2007, in order to allow his treating physician, Dr. Derrick T. Lin to testify at the hearing. Dr. Lin is a surgeon at Massachusetts Eye and Ear Infirmary and has only Fridays available to testify. His testimony will be invaluable to the Court in describing Mr. Sullivan's current health status and the treatments and tests he will have to undergo in the future.

The government has assented to this motion and requests the sentencing hearing to occur on the afternoon of June 22, 2007 because Assistant United States Attorney, Carmen Ortiz begins a criminal trial before Judge Stearns on June 4, 2007 and will be on trial from 9:00 a.m. to 1:00 p.m. each trial day.

{K0348611.1}

For the reasons set forth herein, Mr. Sullivan requests the Court to grant the Motion to Continue.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617. 342.6800
Facsimile: 617.342.6899

Dated: May 22, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 8-22-07

By: S.R. Delinsky

{K0348611.1}