UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. CR 04-10183-MLW |
| ) | |
| JAMES W. SULLIVAN ) | |

**MOTION OF THE DEFENDANT, JAMES W. SULLIVAN,
FOR A DOWNWARD DEPARTURE AND/OR
SENTENCING VARIANCE**

The Defendant, James W. Sullivan ("Mr. Sullivan"), moves the Court, based upon his serious medical condition, to grant a downward departure pursuant to U.S.S.G. 5H1.4. and/or a sentencing variance in accordance with United States v. Brooker, 543 U.S. 220 (2005).

In support of this Motion, Dr. Derrick T. Lin, Mr. Sullivan's treating physician will testify at the sentencing hearing about Mr. Sullivan's serious medical condition. In addition, Mr. Sullivan relies on his previously submitted sentencing materials and the attached supplemental letter from his wife, Shelly Waldman.

Respectfully Submitted,

JAMES W. SULLIVAN
By his attorneys,

_/s/ Stephen R. Delinsky_
Stephen R. Delinsky (BBO# 119120)
ECKERT SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Telephone: 617.342.6800
Facsimile: 617.342.6899

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on  6-14-07
By: _/s/ Stephen R. Delinsky_

DATED: June 14, 2007

{K0350005.1}

June 12, 2007

The Honorable Mark L. Wolf
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Dear Judge Wolf:

I would like to provide you with an update regarding my husband, James (Jim) Sullivan. Thank you for taking the time to read my letter.

As you know, Jim was diagnosed with Stage IV oropharyngeal cancer in June 2005. Two days after the diagnosis, Jim and I met with a medical team to discuss treatment options, which included both inpatient and outpatient chemotherapy treatments and radiation treatments, administered once per day for forty (40) days.

Although Jim tolerated the chemotherapy treatments relatively well, the side effects of radiation were severe. After less than two (2) weeks of treatments, Jim experienced mucositis and was unable to talk. His inability to communicate orally continued for several months. He became so fatigued that it was an enormous effort for him to make the trip to Massachusetts General Hospital every day for treatment. He stopped eating solid food and was forced to consume liquids only. To this day, Jim is unable to eat solid food. He has lost over fifty-pounds and struggles to maintain his weight.

Throughout Jim's treatments, he has remained hopeful. He rarely complains, despite his pain and fatigue. When his radiation treatments ended in November of 2005, we had no idea of the challenges ahead.

In January 2006, Jim developed a very serious bacterial bloodstream infection and was admitted to Massachusetts General Hospital, where he received intravenous infusions of antibiotics. He remained hospitalized for eighteen (18) days. Approximately a week after Jim's admission, he was diagnosed with a potentially life-threatening jugular blot clot. He was immediately given anticoagulation medication and the intravenous antibiotics continued. When he was discharged from the hospital, intravenous antibiotic infusions were done at home for nearly two (2) weeks and he received twice daily injections of a blood thinning medication well into March. During this time, Jim became even more uncommunicative and fatigued. After his chemotherapy and radiation treatments ended, he was looking forward to a smooth – albeit slow – recovery. These serious complications changed the course of Jim's recovery significantly.

After Jim's release from the hospital at the end of January of 2006, he began to worry about the status of his Emergency Medical Technician (EMT) license. Issued at the end of 2004, after rigorous classes and practical training exercises, it was due to expire in December of 2006. Jim obtained the license in 2004, in the hopes of

The Honorable Mark L. Wolf
June 12, 2007
Page 2

entering a new career field where he would have the opportunity to help ill and/or injured people. His health was so poor in the winter of 2006 that he questioned his ability to attend the required classes and endure the physical demands of the practical exercises. However, much to my amazement, in or around April of 2006, Jim enrolled in and attended the first of many classes. He was too weak and tired to drive. Transportation to and from the Northeastern University campus in Burlington, MA - where the courses were being offered - was arranged and provided. Jim was successful and his EMT license was renewed. He has a very strong desire to prepare for the future and find a place for himself where he can be of help and value.

On June 22, 2007, exactly two years will have passed since Jim's initial cancer diagnosis. He is not healthy by any means. He spends nearly all of his time at home. Occasional outings are planned carefully. Jim must attend to his nutritional needs four (4) times daily. In addition, as the result of a serious condition called trismus (lockjaw), Jim must perform a number of stretching exercises (to open his mouth), both manually and with a specialized piece of medical equipment, at least three (3) times per day. He may have to do so for the rest of his life. He may never again have the ability to spontaneously open his mouth. There is a serious question as to his ability to eat semi-solid or solid food in the future.

Another serious medical issue has presented itself. For several weeks, Jim has been coughing blood on a daily basis. The reason is not yet known. Ongoing medical testing will be necessary until the cause of Jim's bleeding has been determined. His doctors are concerned. I am so worried about Jim and what this could mean.

Jim has frequent appointments with his medical and radiation oncologists and his oncology and maxillofacial surgeons. He will be required to have MRIs every three (3) months for the foreseeable future. He must see both a general dentist and a periodontist at least four (4) and as many as six (6) times per year.

Thoughts of Jim's future are filled with uncertainty and fear. His long-term prognosis is unknown. Recurrence rates for this type of cancer are high. Survival statistics are grim. Despite all of this, Jim has not given up. He continues to be hopeful and he desperately wants to find a way to become productive and helpful. He is a good man who wants to do good for others.

Thank you again for taking the time to read my letter.

Sincerely,

*Shelly Waldman*
Shelly Waldman