UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CR04-10183__

| United States | James Sullivan |
|---|---|
| PLAINTIFF | DEFENDANT |
| Carmen Ortiz | Stephen Delinsky |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE __Wolf__        CLERK __O'Leary__        REPORTER __Romanow__

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/22/07 | Court starts in the lobby with the parties and probation. Court resumes in the courtroom and goes over preliminary |
| | matters with the parties, including the filings it has received and the applicable guidelines. Court sets the format/order |
| | as to how it intends to proceed with the hearing. Court hears an impact statement by a representative of MA/COM |
| | Inc. Defendant calls Dr. Eric Lin - witness takes the stand and is sworn. Testimony ends and court proceeds to |
| | make the necessary rulings on the parties objections to the pre-sentence report. Defendant declines to testify |
| | as to the objection regarding the extra work done. Court hears from the defendant next. Court gives the |
| | defendant the three level reduction for acceptance of responsibility. Court calculates the guidelines as follows: |
| | TOL 17, CH I ,24-30 months custody, 24-36 months supervised release, $5K - $50K fine, $692,696.57 |