UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Crim. No. 04-10183-MLW |
| JAMES W. SULLIVAN,    Defendant. | ) ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order, the parties, by their undersigned counsel, notify the Court as follows with respect to the open sentencing issues in this case.

1. The parties agree that the Sentencing Hearing should go forward on June 26, 2007.

2. The parties are in the process of finalizing a Supplemental Agreement regarding sentencing which may simplify some of the issues in this case. Specifically, the parties anticipate that the agreement will include an jointly recommended restitution figure, an assent to a Money Judgment Order of Forfeiture, an agreement by the Defendant to cooperate in the execution/collection of forfeiture/restitution obligations, a waiver of the defendant's claim under <u>Guidry v. Sheet Metal Workers Nat'l Pension Fund</u>, 493 U.S. 365, 376 (1990), that certain assets are protected under ERISA, and a waiver of the defendant's right of appeal (unless the United States appeals).

3. The parties continue to press their respective positions with respect to the term of imprisonment, probation and/or supervised release that the Court should impose.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | JAMES W. SULLIVAN<br>Defendant |
| By: */s/Paul G. Levenson*<br>    PAUL G. LEVENSON<br>    Assistant U.S. Attorney<br>    John Joseph Moakley U.S. Courthouse<br>    1 Courthouse Way, Suite 9200<br>    Boston, MA 02210<br>    (617) 748-3147 | By:    */s/Stephen R. Delinsky/ by P Levenson*<br>    Stephen R. Delinsky, Esq.<br>    Eckert Seamans Cherin & Mellott, LLC.<br>    One International Place, 18th Floor<br>    Boston, MA 02110<br>    (617) 342-6825 |

Dated: June 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

Dated: June 25, 2007

*/s/ Paul G. Levenson*
PAUL G. LEVENSON