UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-cr-10183-MLW |
| ) | |
| JAMES W. SULLIVAN, ) | |
| Defendant. ) | |

**MOTION FOR ORDER OF FORFEITURE**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of an Order of Forfeiture in the above-captioned case, pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c). A proposed Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On June 17, 2004, the United States filed an Information charging defendant James W. Sullivan (the "Defendant") with three counts of Mail Fraud in violation of 18 U.S.C. § 1341.

2. The Information also contained a forfeiture allegation, which provided that, upon his conviction of the mail fraud charged in the Information, the Defendant shall forfeit all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to:

    (a) $692,969.57; and

    (b) 1402 S. Bayshore Drive, Unit # 903, Miami, Florida

33131.

3. The forfeiture allegations further provided that, if any of the forfeitable property, as a result of any act or omission by the Defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property, including but not limited to:

    (a)   1402 S. Bayshore Drive, Unit # 903, Miami, Florida 33131; and

    (b)   7 Pilgrim Heights, Beverly, Massachusetts 01915.

4. On October 7, 2004, the Defendant plead guilty to Counts One through Three of the Information. Defendant has agreed that the amount of proceeds traceable to the commission of the offenses totaled $692,969.57.

5. Accordingly, the United States seeks the entry of an Order of Forfeiture consisting of a personal money judgment against the Defendant, in the amount of $692,969.57 in United States currency, an amount representing the proceeds of the Defendant's illegal activity in Counts One through Three of the

Information.

6.   The entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, and such orders of forfeiture are commonplace.  See, e.g., United States v. Candelaria-Silva, 166 F.3d 19, 42 (1st Cir. 1999)(criminal forfeiture order may take several forms, including an in personam judgment against defendant for amount of money defendant obtained as proceeds of offense); United States v. Hall, 434 F.2d 42, 59 (1st Cir. 2006) (reaffirming holding in Candelaria-Silva that money judgments are permitted as part of criminal forfeiture orders).

7.   Once the Order of Forfeiture is entered, the Government may move at any time, pursuant to Rule 32.2(e)(1)(B), to amend the Order to forfeit specific property of the Defendant, having a value up to the amount of the money judgment, as substitute assets.  See Candelaria-Silva, 166 F.3d at 42 (once government has obtained money judgment, it may forfeit defendant's real property in partial satisfaction of that judgment).

WHEREFORE, by virtue of the Defendant's guilty plea, a money judgment should be entered against the Defendant. The United States respectfully requests that this Court enter an Order of Forfeiture in the form submitted herewith.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Carmen M. Ortiz
CARMEN M. ORTIZ
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: June 26, 2007

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion Order of Forfeiture and the proposed Order of Forfeiture, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Carmen M. Ortiz
CARMEN M. ORTIZ
Assistant United States Attorney

Dated: June 26, 2007