UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10183

| United States | James Sullivan |
|---|---|
| PLAINTIFF | DEFENDANT |
| Carmen Ortiz | Stephen Delinsky |
| Paul Levenson | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/26/07 | Court goes over the recent filings it has received in connection with today's sentencing with the parties. |
| | Defendant sworn and court conducts colloquy regarding the parties agreement re: financial penalties/ amendment to the plea agreement. Court calculates the guidelines as follows: TOL 17, CH I, 24-30 months custody, 2 - 3 years supervised release, $5K - $50K fine, $692,696.57 restitution and $300.00 special assessment fee. Government gives its sentencing recommendation and the reasons for it. Defendant argues his motion for downward departure/ Booker variance. Defendant addresses the court. Formal sentencing: Court grants the defendant's motion to depart to probationary sentence and sentences the defendant to 36 months probation with the first 9 months on home confinement the first three months of that on electronic monitoring on the standard conditions plus the special conditions imposed by the court. Court imposes a $50K fine and $300 special assessment fee. Court orders restitution in the amount of $692,696.57. Defendant advised of his limited right to appeal and to counsel. Court allows the government motion for order of forfeiture and signs the preliminary order of forfeiture. |