```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   Criminal No. 04-CR-10183-MLW
                              )
JAMES W. SULLIVAN,            )
          Defendant.          )
```

## ORDER OF FORFEITURE

**WOLF, D.J.**

WHEREAS, on June 17, 2004, the United States filed an Information charging defendant James W. Sullivan (the "Defendant") with three counts of Mail Fraud in violation of 18 U.S.C. § 1341;

WHEREAS, the Information also contained a forfeiture allegation, which provided that, upon his conviction of the mail fraud charged in the Information, the Defendant shall forfeit all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to:

      (a) $692,969.57; and

      (b) 1402 S. Bayshore Drive, Unit # 903, Miami, Florida 33131;

WHEREAS, the forfeiture allegations further provided that, if any of the forfeitable property, as a result of any act or omission by the Defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the

jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property, including but not limited to:

    (a)  1402 S. Bayshore Drive, Unit # 903, Miami, Florida 33131; and

    (b)  7 Pilgrim Heights, Beverly, Massachusetts 01915;

WHEREAS, on October 7, 2004, the Defendant plead guilty to Counts One through Three of the Information;

WHEREAS, at a sentencing hearing on June 26, 2007, the defendant agreed that the amount of proceeds traceable to the commission of the offenses totaled $692,969.57;

WHEREAS, the United States has filed a Motion for Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $692,969.57 in United States currency; and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Defendant shall forfeit to the United States the sum of $692,969.57 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order to substitute property having a value not to exceed the amounts set forth in Paragraph 1 to satisfy the money judgment in whole or in part.

/s/ Mark L. Wolf_
MARK L. WOLF
Chief United States District Judge

Date: June 26, 2007