| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>CR No. 04-10183-MLW |
| DEFENDANT<br>JAMES W. SULLIVAN | | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

Received U.S. Marshals Service MA/BO
2007 SEP 17 PM 12:45
FILED IN CLERK'S OFFICE
2007 OCT 16 P 3:30
U.S. DISTRICT COURT
DISTRICT OF MASS

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Capstead Mortgage, Attn: Chris Sieber |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>8401 N. Central Expressway, Dallas, TX 75225-4402 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW.

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Preliminary Order of Forfeiture upon the above named entity by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kristina E. Barclay/LJT | ☒ PLAINTIFF<br>☐ DEFENDANT | (617) 748-3100 | Aug. 28, 2007 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 38 | District to Serve<br>No. 4 | Signature of Authorized USMS Deputy or Clerk<br>LJT | Date<br>9/12/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 10/03/07    Time 12:00 pm

Signature of U.S. Marshal or Deputy Wesley Springer JR.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:
Certified mail was sent on September 19, 2007, 7000 0520 0017 3503 3873.
Certified receipt was signed on September 21, 2007.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD    ☒ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT