UNITED STATES DISTRICT COURT
FOR THEN DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                            **Case No. 04-CR–10183-MLW**

JAMES W. SULLIVAN,

    Defendant.
_____/

## VERIFIED PETITION
## COMMODORE BAY CONDOMINIUM ASSOCIATION (DADE COUNTY), INC.

    Commodore Bay Condominium Association (Dade County), Inc., files this Verified Petition as an innocent third party with respect to real property that is the subject of the Preliminary Order of Forfeiture entered in favor of the United States in the above captioned matter, and states as follows:

    1.  Commodore Bay Condominium Association (Dade County), Inc., ("Commodore Bay") is a Florida Not-Profit Organization, organized in 1994 pursuant to the provisions of Florida Statutes, Chapter 718, et seq., for purposes of operating Commodore Bay Condominium, a condominium pursuant to the Declaration of Condominium, as recorded on September 9, 1994, in Official Records Book 16504, at Page 3957, of the Public Records of Miami-Dade County, Florida.  A copy of relevant portions of the Declaration of Condominium are attached as Exhibit "1".

2. On March 31, 1998, a Statutory Warranty Deed was executed by Amparo Echeverry, conveying Unit 903 of the Commodore Bay Condominium to James W. Sullivan, the defendant in the instant case, and Shelley Walderman, as "Joint Tenants with Rights of Survivorship," subject to: "Covenants, Conditions, Restrictions, Exhibits, Terms and other provisions of the Declaration of Condominium of Commodore Bay Condominium."  See, Statutory Warranty Deed, a copy of which is attached as Exhibit "2".

3. The Declaration of Condominium required issuance of a Certificate of Approval by Commodore Bay before Unit 903 could be conveyed by Amparo Echeverry.

4. The Recorded Certificate of Approval that issued required Mr. Sullivan and Ms. Walderman to abide by: (1) all terms and conditions of the Declaration of Condominium; (2) Commodore Bay's By-Laws; and (3) all condominium Rules and Regulations.  See, Recorded Certificate of Approval, attached as Exhibit "3".

5. Pursuant to the Declaration of Condominium, Commodore Bay imposes monthly and other assessments against each Unit for the payment of maintenance expenses, alterations and/or other improvements to the common areas.  Liability for assessments may not be avoided by abandonment of the Unit, waiver or otherwise.  Assessments that are not paid within five (5) days when due bear interest from the date when due until paid at the rate of 18% per annum. Additionally, Florida Statutes permit imposing an administrative late fee for failure to pay assessments within five (5) days from the date due, in addition to interest, attorney's fees and costs.

6. Pursuant to the provisions of Florida Statute Chapter 718, and the Declaration of Condominium, Commodore Bay has statutory and recorded lien rights against Unit 903 for all unpaid assessments, interest, administrative fees, reasonable attorneys' fees and costs.

7. There is presently no past due sum owing to Commodore Bay for outstanding or unpaid assessments.

8. The next monthly assessment is due on December 1, 2007 in the amount of $825.00; monthly assessments are due on the first day of each month thereafter.

9. Commodore Bay did not have knowledge or information of the conduct which gave rise to this action, and/or which forms the basis for the forfeiture claim.

10. By virtue of Commodore Bay's statutory and recorded lien rights, the Court is requested to recognize: (1) its interests and the priority of its lien rights pursuant to Florida law and the 1994 Recorded Declaration of Condominium; and (2) order payment of all ongoing assessments, fees and costs imposed on Unit 903.

### **Verification**

I, John Dubinsky, as President of the Commodore Bay Condominium Association (Dade County), Inc., states:

I am authorized to make this Verification on behalf of Commodore Bay;

I have read all of the foregoing in this Verified Petition and Claim with respect to the real property that is the subject of the Preliminary Order of Forfeiture;

I am informed and believe the matters set forth in this Petition and Claim are true and on that basis I declare that the matters stated are true;

I declare under penalty of Perjury and under the laws of the State of Florida and of the United States of America that the foregoing is true and correct.

Executed on this 19th day of November, 2007.

        /s/ John Dubinsky
**JOHN DUBINSKY**
As President
**Commodore Bay Condominium (Dade County) Inc.**
Respectfully submitted,

**CARROLL LAW FIRM**
1260 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone (305) 372-2445
Telefax (305) 372-5977

By: /s/ Linda L. Carroll
**LINDA L. CARROLL**
**BBO #076200**
LindaCarrollEsq@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 19th day of November, 2007.

By /s/ Linda L. Carroll
**LINDA L. CARROLL**