# EXHIBIT "2"

OFF.
REC. 18042802077

Return to: Aurora Penalver Salas, Esq.
Address:   1101 Brickell Avenue, Suite 1700
           Miami, Florida 33131
This Instrument Prepared by:
           Aurora Penalver Salas, Esq.          98R148040 1998 APR 01, 14:00
Address:   1101 Brickell Avenue, Suite 1700
           Miami, Florida 33131
                                               DOCS)PDEE.   912.00 SURTX    0.00
Folio Number:  01-4139-056-0310                HARVEY RUVIN, CLERK DADE COUNTY, FL

### STATUTORY WARRANTY DEED

THIS WARRANTY DEED made the _31_ day of March, 1998, by
AMPARO ECHEVERRY, a married woman with post office address:
_Calle 9 Oeste # 25-55 Los Cristales Cali Colombia_ hereinafter
called the grantor, to JAMES SULLIVAN, a single man, and
SHELLY WALDMAN, a single woman, as joint tenants with right of
survivorship, whose permanent post office address is: 1402 South
Bayshore Drive, Unit 903, Miami, Florida, 33131, hereinafter
called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties
to this instrument and the heirs, legal representatives and assigns of individuals,
and the successors and assigns of corporation)

WITNESSETH: That the grantor, for and in consideration of
the sum of ($10.00) TEN--------------------------------00/100 and
other valuable considerations, receipt whereof is hereby
acknowledged, hereby grants, bargains, sells, aliens, remises,
releases, conveys and confirms unto the grantee, all that certain
land situated in Dade County, Florida, to wit:

Condominium Unit No. 903 of COMMODORE BAY CONDOMINIUM,
a Condominium according to the Declaration of
Condominium thereof, as recorded in Official Records
Book 16504, at Page 3957 of the Public Records of Dade
County, Florida; together with an undivided interest
in the common elements appurtenant thereto.

GRANTOR HEREIN STATES THAT THE SUBJECT PROPERTY IS NOT NOW HER HOMESTEAD OR RESIDENCE NOR IS HER HOMESTEAD
OR RESIDENCE CONTIGUOUS THERETO NOR IS THE PROPERTY THE HOMESTEAD OR RESIDENCE OF ANY MEMBER OF GRANTOR'S
FAMILY AND GRANTOR HEREBY STATES THAT HER HOMESTEAD AND RESIDENCE IS IN :
_Calle 9 Oeste #2555, Los Cristales Cali, Colombia_

SUBJECT TO:

1. Conditions, easements, restrictions, limitations of
record, if any, but this provision shall not operate to reimpose
same.

2. Taxes for the year 1998 and subsequent years which are
not yet due and payable.

3. Covenants, conditions, restrictions, exhibits, terms and
other provisions of the Declaration of Condominium of COMMODORE
BAY CONDOMINIUM.

TOGETHER with all the tenements, hereditaments and
appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the grantor hereby covenants with said grantee that the
grantor is lawfully seized of said land in fee simple; that the
grantor has good right and lawful authority to sell and convey
said land; that the grantor hereby fully warrants the title to

OFF.
REG. 18042 2078

said land and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said grantor has hereunto set their hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness signed name:

_____ (L.S.)
AMPARO ECHEVERRY

Witness printed name:

Witness signed name:

Witness printed name:

STATE OF FLORIDA          )
                          ) SS
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me this _31_ day of _MARCH_, 1998 by AMPARO ECHEVERRY, who is personally known to me or who have produced the following identification: _Florida Drivers License_

_____
NOTARY PUBLIC

OFFICIAL NOTARY SEAL
AURORA PENALVER
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC547254
MY COMMISSION EXP. APR. 14,2000