# EXHIBIT "3"

# SPM Group, Inc.
COMMUNITY ASSOCIATION MANAGEMENT

OFF. REC: 18042PG2079

CAPITAL BANK CORPORATE PLAZA, SUITE 305, 2151 LE JEUNE ROAD, CORAL GABLES, FL 33134 • (305) 444-8757 • FAX: (305) 444-8758

## Certificate of Approval

Unit #903  Located at 1402 Brickell Bay Dr., Miami, FL 33131 Dated: 3/20/98
To whom it may concern,

In accordance with the provisions of documents of Commodore Bay Condominium Association, Inc., Located in Dade County, Florida Approval is hereby granted to:

Seller:
Name: Amparo Echeverry
Address: 1402 Brickell Bay Dr. # 903
City: Miami, FL 33131

Acct. number 71-12903
Current Balance: $310.44

Buyers:
Name: James Sullivan & Shelly Walden
Address: 1402 Brickell Bay Dr. # 903
City: Miami, FL 33131

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

Approval is granted and conditioned upon the following:

1. Purchasers will assume all rules and regulations as set forth under the terms and conditions of the **Declaration Commodore Bay Condominium Association, Inc.** and By Laws as pertaining to the above unit and **Commodore Bay Condominium Association, Inc.** and to the community. "Validation" a written signed proof showing that Declaration of **Commodore Bay Condominium Association, Inc.** By Laws were delivered by the seller and received by the buyer must be attached to this Certificate of Approval.

2. This unit cannot be subleased or sublet partial or total. Approval for the occupancy for the unit is hereby granted pursuant to the Declaration of the Condominium with the full approval of the present Board of Directors:

Witnessed by:
_____    _____

STATE OF FLORIDA, COUNTY OF DADE
The foregoing instrument was acknowledged before me this 20th day of March of 1998.

_____
Carlos Arteaga
My Commission Expires

[Notary Seal: Carlos Arteaga, Notary Public, State of Florida]