AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐  CJA Appointment
☐  Federal Public Defender
☐  Retained
☐  Pro Bono

Date

Signature

Print Name                                      Bar Number

Address

City                State                Zip Code

Phone Number                               Fax Number