UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10183-MLW |
| ) | |
| JAMES W. SULLIVAN ) | |

ORDER

WOLF, D.J.                                                December 11, 2007

At the sentencing defendant James Sullivan on June 26, 2007, the court was informed that Sullivan was expected to work closely with the government to arrange prompt payment of the restitution ordered. The court is now informed by the Probation Department that the ordered restitution has not yet been paid. The court is also informed that forfeiture proceedings have been instituted. Accordingly, it is hereby ORDERED that, by December 27, 2007, the government shall report on the status of the effort to have the ordered restitution paid and whether it is requesting any action by the court at this time.

/s/ MARK L. WOLF
UNITED STATES DISTRICT COURT