October 22, 2007

United States Attorney
District of Massachusetts
Asset Forfeiture Unit
Suite 9200
1 Courthouse Way
Boston, Massachusetts 02110

RE: United States of America
      v.
   James W. Sullivan,
          Defendant.

Subject Property: 1402 S. Bayshore Drive, Miami, Florida

Dear United States Attorney:

This evening I became aware that a Preliminary Order of Forfeiture was taped to the door of the above referenced property and that a forfeiture notice was recently published in the Miami newspaper. Due to the posting of that document and the publication of the notice I am writing to re-affirm my claim of valid interest in the property identified as 1402 S. Bayshore Drive, Unit 903, Miami, Florida.

My claim of interest arises from my joint ownership and co-mortgagee status as to the referenced property. As you are aware, I have been a joint owner and co-mortgagee of this property since it was purchased and I am listed as a joint owner on the purchase contract, property deed, mortgage, property and casualty insurance policy and the tax roles of the City of Miami. As well, I have contributed my personal funds to the purchase, support and upkeep of 1402 S. Bayshore Drive, Unit #903, Miami, Florida on a continual basis since the date of purchase. Finally, I was not party to the matter that has given rise to Justice Wolf's issuance of a Preliminary Order of Forfeiture and, therefore, I believe that my interest in this property should not be subject to forfeiture.

Page 1 of 2

As before, I am seeking relief as follows: (a) preservation of my interest (50%) in the referenced property, and (b) permit the marketing for private sale of this property to continue through at least December 31, 2007, and (c) that I be given the opportunity to seek a source of refinancing so that the balance of the restitution forfeiture is intended to produce can be derived and paid from equity in the subject property or from my purchase of James W. Sullivan's interest, and (d) my receipt of 50% of the gross proceeds (following payoff of the then mortgage balance and any municipal fees or taxes owed and unpaid) from any private sale and/or auction and/or other means of disposition of the property known as 1402 S. Bayshore Drive, Unit #903, Miami, Florida, and in any event (e) preservation, without prejudice, of any and all rights and/or relief to which I may be entitled to receive or claim with regard to this matter.

Please advise me of other steps that I am required to take in order to protect my interests in this matter.

Since I do not reside at or have mail forwarded from the subject property, please forward all correspondence to me by mail at the following address:

>Shelly A. Waldman
>7 Pilgrim Heights
>Beverly, MA 01915

Respectfully,

*Shelly A. Waldman*

Shelly A. Waldman