UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
        v.                   )   Criminal No. 04-10183-MLW
                             )
JAMES W. SULLIVAN,           )
             Defendant.      )

## MOTION TO WITHDRAW MOTION FOR
## FINAL ORDER OF FORFEITURE (DOCUMENT NUMBER 95)

   The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves to withdraw its December 12, 2007 Motion for Final Order of Forfeiture (the "Motion"), docketed as Document Number 95.  The United States submits that the Motion, which sought a final order forfeiting both real property in Florida and a retirement account, was filed in error. Because there is at least one outstanding claim with regard to the Florida real property, a final order of forfeiture regarding that asset is not appropriate at this time.

   The United States respectfully requests that the Court grant its Motion for Partial Final Order of Forfeiture, filed on December 14, 2007 (Document No. 96).  The proposed Partial Final Order of Forfeiture submitted therewith includes only the retirement account, as to which no claims were filed.  The United States apologizes for an confusion the erroneous filing might have caused.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                           BY:  /s/Kristina E. Barclay
                                CARMEN ORTIZ
                                KRISTINA E. BARCLAY
                                Assistant U.S. Attorneys
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
Date: January 3, 2008           (617) 748-3100
```

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Withdrawal of Motion for Final Order of Forfeiture, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                                /s/Kristina E. Barclay
                                Kristina E. Barclay
                                Assistant U.S. Attorney
Date: January 3, 2008
```

2